ERIC NJOKOM
2467 Knoll st, Sacramento Ca 95815
(310)2270088
Eric_njokom@elcamino.edu
Tiba.lap100@yahoo.com



FILED

OCT 0 8 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# United States Eastern District  Court

2: 2 0 - CV - 2 0 1 7 TLN AC PS

| | |
|---|---|
| ERIC NJOKOM "ET AL", | Case No.: |
| Plaintiff, | |
| vs. | **"Three Judge Court"** |
| ELCAMINO COMMUNITY COLLEGE DISTRICT "ET AL" | |
| Defendant | **Civil Rights Complaints** |

## MORANDUM OF POINTS AND AUTHORITIES

1. The plaintiff file a complaint for related cases on **06/07/18** for cases of BS173949, BS173948, and BS173950. **The first case in the superior court was moot and did not state causes of action, and no judgement was issues, this is the original case.**

2. This case was dismissed by the plaintiff due to failure to prosecute and

1

an abuse of discretion on **May, 06, 2019 one year later**.

## **INTRODUCTION**

3. In Spring 2017, the plaintiff had a bike accident on May 22, 2017, which prevented him from finishing his physiology31 course semester. He email his instructor Dr. Thanh-Thuy Bui that he will not be able to come to school on the day of the final exam. He also included his medical reports in that email, that state his condition, on **page 15 -17 of his 1st amended"**. His instructor first accepted his email and latter insisted that he should come to school to take the final exam. He could not go and did not go. She decided to give him an "F" grade.

4. After a couple of emails with his teacher Dr. Thanh-Thuy Bui. She finally told him in her emails on June, 07, 2017**(not attach here)**, that she will give him only two options which are either she gives him an "F" or "I"(incomplete). This was her final decision.

5. The plaintiff was not pleased with this decision, so he decided to go and explain every detail to the Vice President Dr. Jean Shankweiler. Who then advices him to file a grade change petition. He file the first student grade change petition on 06/20/2017. When a student file a grade change petitions the teacher has the authority to either approve or disprove and state her reason for approving or not approving the petition.

2

3

6. His teacher Dr. Thanh-Thuy Bui did not respond to his grade change petition. Instead she decided to email him and said, he must take the final exam. He was not impressed with this decision because at the time it was the beginning of a **new semester** and he had **two classes** on his class schedule. If his teacher had told him earlier that he must take the final exam, then he will not have taken the two classes. Looked at her last emails on **11/29/2017** **on page 24 of 1ˢᵗ amended**, the final exam had alot of chapters which are chapter, **17, 18, 19, 20, 21, 22, and 26**. The plaintiff did not have the time to prepare for the final exam for physiology31. Since it was alot of materials and with two classes on his schedule, he might fail his classes or the final exam of physiology31. Inddition to that, the plaintiff was still recuperating from his injuries.

7. Plaintiff express his concerns to the teacher that he is currently taking two classes and he will not be able to have time to prepare for his final exam for physiology31. And that she could just give him the "C" which is accepted by the school policy too, given the time that he left school. The teacher was angry with this response and decided to turn her own first grade change petition called the instructor grade change petition order; her petition is stating that the plaintiff refuse to take the final exam and that the "F" should stayed.

8. After the plaintiff saw her petition, he went and met her in person in

3

her office and pleaded to her that please give me another chance. And they agree that after his two classes end on October 19, 2017, he will take the final exam for physiology31. Both of his classes were supposed to end on October 19, 2017, but his teacher Dr. Thanh-Thuy Bui class, which she teaches ends in December 15, 2017, two months later. So, she gave him a date great! On November 30, 2017, her email is on **page 24 of the 1st amended"** and instructed him to file a new grade change petition or a second-grade change petition. Which he did.

9. On the day the final exam was set on **November 30, 2017.** When the plaintiff went and met the teacher, she asks him to seat down and take the final exam, which he did, when he finished. She came and sat beside him and said harshly seat down! She was angry with him. The plaintiff told her he needed to use the restroom, when he came back from the restroom, she had finished marking his paper, and she was seating on the desk and angrily push the paper infront of him and said look, he said can I take it, she reply **no! see**(18 U.S.Code § 242), (Ed. Code.§ 201)(a)(c).

10. **The defendant Dr. Thanh-Thuy Bui decided to respond to the second petition on same November 30, 2017. Starting that the plaintiff fail the final exam for physiology 31. This was her final decision; she was supposed to add the plaintiff grades and give him what he had for the class but she decided**

4

that she will leave the grade at an **F**. <u>**A violation of duty.**</u>

11. Plaintiff was not pleased with this decision and decided to appeal the decision for an administrative hearing. After the administrative hearing he was not also please with their decision and therefore decided to move to court.

<div align="center">

**<u>APPEAL PANEL DECISION</u>**

</div>

12. Is <u>**on page 10 of the 1ˢᵗ amended**</u> it states as follow,(1) <u>Totaling your scores on all completed assignments/ assessments,</u> (2)<u>the panel calculated your cumulative points to include the score that you earned on the final lecture exam.</u>(3) <u>The panel determined that base on your exam scores it was mathematically impossible for you to have earned enough points on any other outstanding assignment to achieve a passing scores in the class.</u>

13. First the panel calculated the plaintiff scores on all completed course work which is 519ponts as explained below. Next the panel included the plaintiff exam results which is **91.5 points** but the instructor **lie** the appeal panel that the student had but 61% and added the 61%. When she was supposed to convert the 61% to points which will be 61% of 150= 91.5points as she did to the other students. <u>**Below is a detail explanation of why the instructor was supposed to add but points instead of percentages.**</u>

<div align="center">

**<u>THIS IS THE ACTUAL CASE</u>**

</div>

## PART 1

### Here is a detail explanation about the grades

The total class points possible is=950(this information is on page 21 of the 1st amended) on the **class syllabus.**

For any student to earn a "C" the student need 70%

Therefore 70% of 950

= 70/100 x 950=**665points a "C" grade**

Plaintiff had an accident on 05/23/17 which prevented plaintiff from completing his semester. (this information is on page 15-17 of 1st amended, is plaintiff **medical report.**

Because of the plaintiff medical condition, the plaintiff missed

(1)-1quiz=10points

(2)-final lap=50points

(3)-1 Assignments=25points

(4)– A total of **85points missed**

This information can be found on page 22 on the 1st amended, please look at the date 05/24/17 on the **class syllabus.** Everything **below** is what the plaintiff missed, excerpt the final lecture exam on 6/7/17. "Remember the plaintiff had an accident on **05/23/17** above"

Because the plaintiff has a **"verify medical report"** and because of the school policy. The plaintiff was **exempted** from the **"85points** missed.

The defendant or Instructor last email **affirms** that! The email is on **page 24 of the 1ˢᵗ amended.** (It states that the instructor has decided to give the plaintiff final lecture exam only). **"This is to clear any misunderstanding"** Therefore, while other students are working on a total point of **950possible points**. The plaintiff is working on 950 (total class points) – **85(points missed)** = **865point**

**Plaintiff needs 70% = 70/100 x 865 = 605.5 a C require for plaintiff**

## PART 2

When plaintiff left school, plaintiff was currently passing the class with a **"C"** grade a 71% (this information can be found on page 19 of the 1ˢᵗ amended)

When plaintiff left plaintiff had a total point of 519points (this information can be found on <u>page 23 of 1st amended</u> on instructor calculation sheet"

On the final exam which is 150points the student or plaintiff had a 61% which is equivalent to 91.5points (this information is found on the exam paper on <u>page 18 of 1st amended)</u>

So, $61/100 \times 150 = 91.5$points

So again, the plaintiff needs 605.5points to pass. The plaintiff had 519points with a "C"

## <u>Here is what the instructor or defendant did wrong</u>

(1). The instructor add = 519(student total point) + 61%(final exam points) = 580 is a fail.( this information is on **<u>page 23 of the 1st amended</u>** the 59 is 61% the instructor **lair** again.

(2). Now lets assume that the plaintiff had a 70% in the final exam which is a pass. So = 519 + 70% = 589points a fail not up to 605.5 (**this is supposed to be a pass**)

(3). **This sends a message that whether the student pass the final exam or not the student will still fail.**

**The instructor is supposed to add but the points not the percentage or else no student will pass the class, keep in mine that plaintiff can be any student who has an injury.**

Therefore, = 519 (points student has) + 91.5(final exam points) = 610.5points a "C" more than 605.5points a pass for plaintiff. **(this is really the end)**

---

## PART 3

### Now let us see what went wrong or proof

The total points for plaintiff is **865points**

So, 865 points – 150 points (final exam) =715points.

70% is always a pass with a "C" so 70% = 70/100 x 715 =500.5(because 500.5 is less than 519 or "**vice versa**"( points student had before injury) it means the student or plaintiff is passing the class with a "C" and above.

OR Another way to look at it is

**519/715 x 100 =72.5 = 73% a pass "C"**

**The court can earn here and remove the final exam because it was given in bad faith. However, if the court decides to continue I will still win.**

The only thing left is the final exam

150points, the plaintiff had a 61% = so again 519 + 61% = 580 fail

519 + 70% = 589 fail **(this is**

supposed to be a pass).

$\mathfrak{h}$

---

## Now let us use points

519 +91.5 = 610.5 a pass more than 605.5(points required for a plaintiff to pass with a C).

Therefore, 610.5/865 x 100 = 70.5 = 71% "period" a C for the plaintiff.

**The is no other way out unless the defendant has something else to convince the court. This is the student final grade.**

---

## PART 4

### Proof beyond reasonable doubt or absolute certainty

### Let us assume that the plaintiff completed the course

So, 519(points plaintiff has) + 61% (final exam) + 59.5(points missed) = 639.5 (a fail not up to 665points required for a "C").

The only point left is 85points (points missed So, 70% of 85points =70/100 x 85 = 59.5

So, any point removes out of 950(total class points) the student will need 70% that is **what is done above**.

So, let us assume plaintiff had a 70% in the final exam.

Therefore 519 + 70% + 59.5 = 648.5 (still a fail not up to 665points) ( **This**

$\eta$

is supposed to be a pass).

**This is why the student conclude that if the instructor add percentages instead of points no student will be able to pass the class.**

**Now let add points**

**519 + 91.5 +59.5 = 670 a pass above 665points.**

**So, 670/950 x 100 = 70.5 = 71%**

**This will have been the plaintiff final grade when everything was completed, and this affirms everything the plaintiff has been elaborating.**

**PART 1 TO PART 4 IS ENCLOSED HERE ON A PAPER FORMART**

14. Most important in the plaintiff **VERIFED AMENDED AND SUPPLEMENTAL PERTITION for case BS17348.** On **page 2 on number 5 (b) it** stats that, " No more than one "repeat" of any substandard grade in the basic science prerequisite (Human Anatomy, Human physiology, or Microbiology) will be allowed within 7 years of the application filing date." The plaintiff has **an (A) in Human Anatomy 31, (C) in Microbiology33** and only **Human Physiology31(this case)** is preventing him from entering the nursing program (28 CF R 42.104)(vi)(iv). So Please it is very important for him to win the case because he deserved to win (Regents of the University of

**California v. Bakke, 438 U.S. 265 (1978).**

## JURIDICTION AND VENUE

15.  The court is proper. This case has exhausted administrative remedies is now entitled to seek judicial review. **We both reside in los Angeles.** This court has the jurisdiction of this case **see, 28 U.S.Code,§ 1331.**

## DISSCUSSION

16.  **The total cost for this lawsuit for case BS173948. Is 4000000 emotional distress+(7 x 100000) =700000 (for the (7) claims) (100000 for each claim) + (7500) (Attorney fees) + 4000000 punitive damages 150,000x3=450000(4actual damages) (registered nurses make about 150,000 yearly. He has been out for about 3year since 2017 to 2020 this course is preventing him from entering the nursing program (28 C F R § 42.104(a)(iv). For more information about the nursing program please read the plaintiff "Verified Amended and Supplemental Petition for case BS173948" on page 2 (#5). The nursing program is 2years all his classmates have completed the nursing program. The total cost for this lawsuit is 4000000+ 700000 +7500+4000000+450000 = 9157500 This money is for this case. The defendant believe that they are above the law and have not made any good faith attempt to settle the case. While the plaintiff believe that know want is above the law.**

12

**The judge also has the authority to award cost as he/she sees fit, or take whatever, amount of bribe as he/she see fit.**

17. This is a message to the judge, well your Honor you are on about 200,000 a year as a federal judge that is blessing enough for you, please excuse his language, he does not have a problem with you, he has problem but with the defendant. If the defendant offer you bribe, please refuse it because if you take it. The message you are sending is that the plaintiff is better up than you and that is not true. In addition to that, the act of taking bribe is just wrong. Or **you can take their money and do not do what they say, after all you are not there to collect charity. The job of a judge is risky whether you support the plaintiff or the defendant. So, the stardard is to be wise and protect yourself. For instance, a case between (Apple Inc. v. Samsung Electronics Co., Ltd), both are powerful and are liable of killing the judge and a judge must choose one side. So why fear?** **Judges have been given every power, but they fear to use it sad.** No one organization is richer than the United States the budget of the United State is in **Trillions** and to remove a federal judge requires **67% vote in the senate. Take all the money(bribe) and do not do what the defendant want after all you are not there to collect charity.** "Forget about the court of appeal, you do what you have to do, and the plaintiff will handle it from there". **Your judgement will**

14

**remain with the case forever. (the independent of the judiciary is crucial).**

18. Sometimes rich defendant try to kill the plaintiff. If the plaintiff dies in the case of this action he thereby ask that his Sister Muyang Njokom or His Sister Njokom Dorcas, or His Mother Catherine Njokom, or Brother Randi Surrandi, or His Sister Njokom Marion or His Dad Peter Njokom or Brother Leslie Njokom, should take over the lawsuit. Please may the record reflect what the plaintiff says and do what he is asks in case he is kill by the defendant. **According to the other listed please do not take this for granted if it happens.** If all his family members are killed by the defendant, he thereby asks this **COURT TO APPOINIT A LAWYER** to take the case. If the kill the plaintiff and all his family he wants this school (El Camino college district) to be destroy meaning they (Court Lawyer or Extended family) should sue them for 100million dollars or more, after his death. And used the money to help extended family members, charity and of course keep some to themself. That is how he wants his legacy to be remember. **But he is not going to commit suicide because they is no need for that period. And If he commits suicide, he will say so before his death.**

19. Your Honor, when he speaks to you or write, he do so clearly for you to understand him when you speak to him please do so clearly and not

14

from a legal perspective to a setting extent. **<u>Honor please take this case is an easy case if you do not know math that is find. The plaintiff will explain everything to you in the simplest form. Do not refuse the case because you think is nonsense of frivolous.</u>** The plaintiff can even ask for the court to appoint a math expert.

## ARGUMENT

20.  El Camino Community College District receives federal student aid that prohibit them from any form of discrimination. In the case of **United States V. El Camino Community College District 454 F. Supp. 825(C. D. Cal. 1978).** In which El Camino Community College District discriminated against Spanish speaking student in a program called **<u>Maree</u>** similar to or the same as the **Nursing Program**. El Camino Community college argument was that the money Maree use is not directly connected to federal student aid as a result the college claim to have the right to run the program any how it chooses. The argument was baseless.

21.   The defendent actions were arbitrary and capricious. On the day the final exam was set on November 30, 2017. When the plaintiff went and

met the defendant, she asks him to seat down and take the final exam, which he did, when he finished.

22.  She came and sat beside him and said harshly seat down! She was angry with the plaintiff. The plaintiff told her, he needed to use the restroom, when he came back from the restroom, she had finished marking his paper, and she was seating on the desk and angrily push the paper infront of him and said look, he said can he take it, she reply no! ( Cal. Const, art. I, § 28)(a)(f)(1). Inaddition to that, she misleads the appeal panel that the student did not earned enough points to passed the class.

23. The defendant is an employee of the state who was acting under color to deprive the plaintiff from his right to enter the nursing program by calculating other students grades with points and the plaintiff grades with percentages which will cause him to achieved a failing grade see (Berry v. School Dist. of Benton Harbor, 442 F. Supp. 1280).

24. The defendant decided to calculate all other students grades with points except the plaintiff which the defendant decided to use but percentages knowing that it will cause the plaintiff to fail the course and therefore will prevent the plaintiff from entering the nursing program. The doctrine of **"separate but equal"** violates Equal Protection Clause of the 14th Amendment **see** ( Brown v.

Board of Education (1954). A detail calculation of how the grades are calculated has been explain above and will be further explain or shown in court. Therefore, the plaintiff asks the court to choose **"Substances Over Form"**.

25. The school dean told the plaintiff that he will not win the case when the plaintiff told him he will appeal the decision. The school administrators acted under color of the law by deprivation the plaintiff of procedural due process. They did not collect evidence as require by the "U.S. Constitution Article XIV, § 1, Sixth Amendment: "the right to know the evidence against you" and **"Administrative Procedure 4231" "Grade Change" "page 4 of 6". part "D. Grade Appeal\*"**. While in the hearing the plaintiff asks to see the instructor calculation sheet. The panel reply they have not received anything from the instructor and proceeded with the hearing **see** (Kwong Hai Chew v. Colding 344 U.S. 590 (1953).

26. After the hearing the plaintiff was false to request the instructor calculation sheet from the vice president in there the plaintiff was able to determine the trick or fraud the defendant had made. The actions of the school officials were arbitrary and capricious (5 USC. 706(2)(A) violating the plaintiff procedural due process **see** (Carey v. Piphus 435 u.s. 247(1978)). Had the school or the appeal

panel presented the plaintiff with the instructor calculation sheet in the hearing as ask by the plaintiff, he will have prevented the action from taking place.

27.  The court can not just consider this case as mere grades disputes this court has to consider the **aggravated circumstances** surrounding this case which are:

(i) This course or case is a Physiology course which is **preventing** the plaintiff from entering the nursing program enclose is the nursing program requirement on the plaintiff <u>verified amended and supplemental pertition on page 2</u>  **#5** in which the plaintiff has completed Anatomy32, Microbiology33 **except** Physiology 31 (this course or case). Enclose is the **<u>plaintiff transcript.</u>**

(ii).  This court also has to put into consideration that this case occurred in 2017 to 2020, 3years. The plaintiff has been out of school for 3years struggling to resolve his case. The plaintiff is just not yet show if this case is going to be resolve just yet after 3years.

(iii).  This court also has to put in to consideration where the plaintiff is at in this point of his life which is the plaintiff has a **jointpain shoulder** that prevented him from going to the military, beside a talent which he does not have one. So, the only option the plaintiff has is his dream job of becoming a **Registered nurse** which is currently on hold by the defendant action.  Life in the

18

19

United State is generally costly and without a career one cannot survived. The plaintiff cannot even effort for his legal fee, the plaintiff life is **miserable**. Therefore, the burden of the plaintiff now lies on the defendant to carry.

(iv). This court also has to put into consideration where the plaintiff was, the plaintiff was 28years old when he left school and had anticipated that by 30years he will have completed the nursing program. Now the plaintiff is 31years old. The nursing program is in the <u>Verified amended and supplemental pertition on **page 3.**</u>  Which states <u>SAMPLE CURRICULUM FOR ASSOCIATE DEGREE NURSING PROGRAME .</u> A **4- SEMESTER** course work **2years** to complete the nursing program. All the plaintiff classmates have completed the nursing program and are now working as **Registered Nurses.**

**(v).  The court also has to put into consideration that the school has <u>rules</u> and <u>policies.</u> On the plaintiff <u>Verified amended and supplemental pertition on page 2.</u> #5(b) It states that no more than one repeat. This means if the plaintiff takes physiology31(this case) again and failed he will be kick out of the nursing program. See** (KLOECKNER v. SOLIS 639 F. 3d 834 )

(vi). The court also has to put into consideration that the acts of the defendant where intentional in failing the plaintiff. **This is a willful attempt**

**to destroy someone future.** The court will also fine out that the plaintiff deserved a clear victory. However, a case is never a victory for anyone until decided but the **checks are significant**.

(vii). The court also has to put in to consider that this case started in the Superior Court it was file on 06/07/18 and was dismiss on 05/06/19 about a **1years** later by the plaintiff for delay of prosecute and an abuse of discretion. The defendant has not made any goodfaith attempt to settle the case.

(viii). The court also has to put into consideration that the plaintiff has been out of school for 3years since 2017 to 2020, what is the likelihood of the plaintiff coming back strong as the scholar he used to be is uncertain.

(ix). The court also has to put in to consideration that the defendant has the money and power to retaliate against the plaintiff. The plaintiff has received threat from school officials of how he is never going to enter the nursing program. That is why the plaintiff is politely asking the court to handle the case diligently. **Keeping in might that the relief sought if granted might be a one in a lifetime relief for the plaintiff.** The court does not put in to consideration unforeseen circumstances however, the court consider the effects that might come as a result of its ruling. In the case of ( Plyler v. Doe, 457 U.S. 202) the court said

failure for the State to give the children a formal and proper education will result in an increase in illiterates in the society and therefore effect their general wellbeing.

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION
## A VIOLATION OF 18 U.S.Code § 242 DEPRIVATION OF RIGHTS UNDER COLOR OF THE LAW

28. Plaintiff realleges and incorporates by references that prior paragraphs of this complaints as if fully set forth herein.

29. Defendants are in VIOLATIONS OF 18 U.S.C § 242. Because of the plaintiff race the defendant willfully discriminated against the plaintiff by calculating everyone's grade with points and deliberately decided to calculate the plaintiff grades with percentages knowing that it will prevent the plaintiff from achieving a passing grade for physiology31, require for him to enter the nursing program see (Comcast Corp. v. Behrend, 133 S. Ct. 1426 -Supreme Court 2013), ( Title VI, 42 U.S.C. § 2000d et seq).

## SECOND CAUSE OF ACTION
## PEJURY A VIOLATIONS 18 U.S.Code , § 1621

22

30. Plaintiff realleges and incorporates by references that prior paragraphs of this complaints as if fully set forth herein.

31. Defendants are in VIOLATIONS OF 18 U.S.C § 1621(2). The defendant **mislead** the appeal panel and **lie** in her grade change pertition on page 12 of the 1st amended, that the plaintiff did not pass the final exam and had not obtain or earned enough points to pass the class. Knowing that even though the plaintiff did not pass the final exam the plaintiff had obtain enough points to give him a pass for the class **see** (United States v. Mandujano, 425 U.S. 564 (1976).

## THIRTH CAUSE OF ACTION

### NEGLIGENCE

32. Plaintiff realleges and incorporates by references that prior paragraphs of this complaints as if fully set forth herein.

33. The defendant owed a duty of care to the plaintiff to calculate accurate exams results.

34. The defendant breaches his duty by reporting inaccurate exams results.

35. The plaintiff was harm by the defendant action suffering financial lost, emotional distress and loss of future. The plaintiff could not enter the

22

23

nursing program without passing this course.

36. The defendant actions was a substantial factor in causing the plaintiff harm. If the defendant had added but the points instead of the percentage as she did to other students the plaintiff will have pass the course **see** (Perry v. Rochester Line Co., 219 N. Y. 60.).

## FOURTH CAUSE OF ACTION

## RIGHT TO DUE PROCESS OF LAW; 42 U.S.C. § 1983

## FIFTH, SIXTH AND FOURTEENTH AMENDMENTS; U.S CONSTITUTION ARTICLE XIV, § 1.

37. Plaintiffs reallege and incorporate the allegations set forth in the preceding paragraphs as though fully set forth hereat.

38. Defendants, owed Plaintiffs a duty under the due process clauses of the Fifth, Sixth and Fourteenth Amendments of the "U.S. Constitution Article XIV, § 1, Sixth Amendment: "the right to know the evidence against you" and **"Administrative Procedure 4231" "Grade Change"  "page 4 of 6". part "D. Grade Appeal*"**. The El Camino College Procedure which states that evidence is require to be collected to give the plaintiff a fair trial and equal protection under the law. This duty applied to making sure that the plaintiff knows all the evidence presented against him. A violation of the **"Due Process Clause and Equal**

23

**Protection Clause",** Procedural Due Process **see** ( Los Angeles County v. Humphries, 562 U.S. 29 (2010).

39.  Despite this well-defined duty by the United States Constitution, Article XIV, § 1" and "College Policy". Defendants did not provide the plaintiff with any evidence in the trial. Plaintiff ask to see the instructor calculation sheet. The appeal panel reply that the instructor has not provide any documentation. The instructor was also not present in the hearing nor any representative of hers. No way to cross examine witnesses **see** (*Mapp v. Ohio*, 367 U.S. 643 (1961).

40.  Plaintiffs are informed and believe that because of his race the acts of the Defendants, were intentional in failing to protect and preserve Plaintiffs' rights of a fair trial and equal protection under law, the feeling of not being the samekind (Title VI, 42 U.S.C. § 2000d et seq).

41.  Defendants deliberately indifferent to the likelihood that they decided to give the student a D instead of a C as deserving. Failure to pass this class prevented the Plaintiff from entering the nursing program. All plaintiff classmates have completed the nursing program. From 2017 to presently (42 U.S. Code,§ 20

00d ).

42.  As a direct and proximate consequence of the acts of Defendants.

Plaintiffs have suffered and continue to suffer loss of their career and are entitled to actual damages for their career/job earnings and other injury's.

## FIFTH CAUSE OF ACTION

## ABUSE OF POCESS

43.  Plaintiffs reallege and incorporate the allegations set forth in the preceding paragraphs as though fully set forth hereat.

44. The defendant willfully selected a partial jury called Anna Valle, violating the Sixth Amendment which gives the plaintiff the right of an impartial jury. A Violation of the **"Impartial Jury Clause"see** (Williams v. Pennsylvania).

45. This legal process **(Gov,t § 11425.40(a)(2).** Gives the plaintiff the right to disqualify anybody in the appeal panel who fits this category. Dr Anna Valle fits well in this category and she teaches Anatomy 32 and Physiology 31 as his instructor Dr. Thy Thuy Bui. They both share the same classroom and laboratory.

46. Dr. Anna Valle was biased against the plaintiff she voted against the plaintiff. The El Camino College process **"Administrative Procedure 4231",** **"Grade Change" "page 4 of 6". "D.3. Grade Appeal Panel: Composition" (b):** Gives right to the school to select someone other than Anna Valle but they failed to

26

do so.

47. The defendant action was a substantial factor in causing harm. Had Dr Anna Valle not been a member of the panel of three the plaintiff will have prevailed.

## SIXTH CAUSE OF ACTION

## INTENTIONAL MISREPRESENTATION

48. Plaintiffs reallege and incorporate the allegations set forth in the preceding paragraphs as though fully set forth hereat.

49. The defendant misrepresented the plaintiff grades. He had a 61% on his final exam which is on page 18 of his 1st amended. The instructor was supposed to convert the 61% to points before adding. Which is 61% of 150 = 91.5points. Therefore 519(points student had before he left school) + 91.5points =610.5pass. But the instructor decided to add but a 59 not even 61% the student got. Which add 59 + 519 = 578 a fail **see** (Robinson Helicopter v. Dana Corp S114054).

50. The representation was false. Because even if the student had completed the class or course and deserved a passed, the student will still have failed. Base of the fact that the defendant use but percentage instead of points to

26

calculate the final exam. For instance, the only point the plaintiff missed was the 85points and the student only needs 70% of 85point which is 59.5points. Which means **519 + 70% + 59.5 = 648.5 a fail** not up to 665 require for a C. Now **519 +91.5points + 59.5 = 670 pass** more than 665. **See (United States v. Carroll Towing Co., 160 F.2d 482 (2d Cir. N.Y. Mar. 17, 1947).**

51. The defendant recklessly presented the grades. She added but 59 not even the 61% the plaintiff got or the actual 91.5points she was supposed to add. The defendant calculation sheet is on <u>page of 23 of the 1sts amended.</u>

52. The defendant intended that the plaintiff should rely on the calculation. Because she did not explain or demonstrate on her calculation sheet on <u>page 23 of the 1st amended,</u> that she needed to add but the points and not the percentages.

53. The plaintiff was harm by the defendant action. Plaintiff needed this course to enter the nursing program. All his classmates have completed the nursing program. Since 2017 to present.

54.  Because the teacher misleads the appeal panel, that the student did not earn enough points to pass the class. The appeal panel decided to change the student grades from an F to a D instead of a C as deserving of.

<u>**SEVENTH CAUSE OF ACTION**</u>

## CONCEALMENT

55. Plaintiffs reallege and incorporate the allegations set forth in the preceding paragraphs as though fully set forth hereat.

56. The Defendant Concealed or suppresses a material fact. The material put on page 23 of the 1st amended' was the teacher calculation sheet. The total points of the class to earned is **950points** base on the syllabus attach on page on 21 of the 1st amended" but on her calculation sheet on page 23 of the 1st amended" she used but 960points as the class total points. The plaintiff had 61% on the final exam the defendant calculated or add but 59% or 59 or instead of the actual 91.5points.

57. The plaintiff did not know that the instructor was supposed to convert the 61% to 91.5points. Plaintiff also did not know how many points he had before he left school which was 519points. After the hearing the plaintiff was false to write the Vice president Dr. Jean Shankweleir. Dr. Jean Shankweleir who then took the teacher calculation sheet on page 23 of my 1st amended" and send it to the plaintiff.

58. The defendant intended to deceive the plaintiff by concealing the facts. The defendant did not convert the 61% to 91.5 points as it was done to the other students for them to achieved a passing scores (28 CFR, § 42.104)(b). The



semester this incidence occurred was Spring 2017, the next semester Fall, 2017, the defendant could not have forgotten that she was supposed to convert percentages to points.

59.  Had the instructor presented the grades the way she was supposed to, Plaintiff will have achieved a passing grade. Which is 61% of 150points=91.5points. Therefore 519 + 91.5=610.5. Which is 610.5/865 x 100=70.57% a C.

60.  The plaintiff was harm by the defendant actions. The plaintiff suffer career lost or loss of future and emotional distress ( Govt, Code § 815. 6).

61.  The concealment was a substantial factor in causing the plaintiff a harm. Because instructor mislead the appeal panel and calculate the grades improperly. The student was assigned a fail grade a D instead of a C.

## **PRAYER FOR RELIEF**

62.   Wherefore, the petitioner requests the following relief:

63.   Base on the way his final exam was given it was motivated by bad faith.

29

64. On the day the final exam was set on November, 30, 2017. When the plaintiff went and met the teacher she asks him to seat down and take the exam, which he did, when he finished.

65. She came and sat beside him and said harshly seat down! She was angry with him. The plaintiff told her, he needed to use the restroom, when he came back from the restroom, she had finished marking his paper, and she was seating on the desk and angrily push the paper infront of him and said look, plaintiff ask if he could take it, she reply no! ( Cal. Const, art. I, § 28)(a)(f)(1). Inaddition to that, she misleads the appeal panel.

66. As a result of all this anger and her general state of mine, the plaintiff strongly believe that the final exam was motivated by bad faith.

67. Therefore, he is politely asking the court to remove the final exam(150points). So 865(total points for plaintiff)-150(final exam)=715, So 519( points he had before he left school) divided (/) 715 times(x) 100=72.59=**73%** still a "C" much better and truly indicate his final grade for Physiology 31.

68. A reasonable cost for the law suit ( **Govt, Code § 815. 6**).

69. An award for attorney fee ( 42 U.S. Code § 1988)(b)

70. Such other relief as this court may deem just as proper.

**PLAINTIFF ERIC NJOKOM DEMAND THREE JUDGES**

**COURT.**

10/06/2020

BREAK

Everything Below is

Exhibit

Here is a detail explanation about the grades <u>Part 1</u>

The total class point possible is = 950 (this information is on <u>page 21 of 1st Amended</u> "class sylabus"

For any student to earned a "C" the student need 70%

therefore 70% of 950

$$= \frac{70}{100} \times 950 = 665 \text{ points a "C" grade earned}$$

Plaintiff had an accident on <u>05/23/17</u> which prevented plaintiff from finishing his course. (this information is on <u>page 15 of 1st Amended</u>, "plaintiff medical report")

Because of the plaintiff medical condition, the plaintiff missed

(1) - One 1 quiz = 10 points
(2) - 1 final Lap = 50 points
(3) - 1 Assigment = 25 points
     A total of = 85 points miss

This information can be found on <u>page 22 of 1st Amended</u>, please look at the date at 05/24/17 on the class syllabus. Everything below is what the plaintiff miss a mi missed, excerpt the final Lecture exam on the on the 6/7/17. "hemenber the plaintiff had an accident on 05/23/17 above".

Because the plaintiff has "verify medical report" and because of the school policy. the plaintiff was exempted from the "85 points missed"

The defendant or Instuctor Last email affirms that, the email is on <u>page 24</u> of the <u>1st Amended</u>. (it states that the instructor has decided to give me the final Lecture exam) "only." "This. is to clear any missed understanding"

Therefore while other students are working on a total point of 950 possible points. The plaintiff is working on 950 total class points − 85 points missed = <u>865 points</u>

Plaintiff needs 70% $= \frac{70}{100} \times 865 = 605.5$ a "C" for plaintiff
   to have a
   "C"

When plaintiff left, plaintiff was currently passing the class with a C grade a 71%. ( this information can be found on page 19 of 1st amended )

When plaintiff left plaintiff had a total points of 519 points ( this information can be found on page 23 of 1st amended ) "on the instructor calculation sheet"

On the final exam which is 150 point the student or plaintiff had a 61% which is equivalent to 91.5 points. ( this information is found on the exam paper on page 18 of 1st amended )

So, $\frac{61}{100} \times 150 = 91.5$ points

So again the plaintiff need 605.5 points to pass. The plaintiff had 519 points with a "C"

## Here is what the Instructor or defendant did wrong

1) The instructor add = 519 (student total points) + 61% ( final exam points) = 580 is a fail. ( this information is on page 23 of 1st amended the 59 is 61% the New instructor lie again.

2) Now lets assume that the plaintiff had a 70% in the final exam which is a pass. So = 519 + 70% = 589 points a fail not up to 605.5 ( this is suppose to be a pass )

3) This sends a message that whether the student pass the final Lecture exame or not the student will still fail.

The Instructor is suppose to add but the points not the percentages or else no student will pass the class; Keep in mine that the plaintiff can be any student who has an injury.

therefore = 519 (points student have) + 91.5 points = 610.5 points a "C" more than 605.5 points. a pass for the plaintiff.
This is the earned.

# Part 3    Part 3

Now Lets see what went wrong OR Proff

The total points for the plaintiff is <u>865 points</u>

So, 865 points − 150 points (final exam) = 715 points.

70% is always a pass with a "C". So $70\% = \frac{70}{100}^{(x)}$ of $715 = 500.5$ (because

*or vice versa*

500.5 is less than 519 (student points he had before he left) it means the student or plaint$_{iff}$ is passing the class with a "C" and above.

### OR Another way to look at it is to

$$\frac{519}{715} \times 100 = 72.5 = 73\% \text{ a pass "C"} \quad \text{or} \quad \frac{500.5}{715} \times 100 = 70\%$$

a C grade

<u>The court can earned here and remove the final exam because it was given in bad faith.</u> However if the court decides to continue I will still win.

### The only thing left is the final Exam

150 points, the plaint$_{iff}$ had a 61% = so again 519 + 61 = 580 fail

" "    519 + 70 = 589 fail (this is suppose to be a pass)

### Now lets use points

519 + 91.5 = 610.5 a pass more that 605.5 (points required for a plaintiff to pass with a C

therefore $\frac{610.5}{865} \times 100 = 70.5 = 71\%$ "period":

A "C" for plaintiff

<u>The Is no other way out unless the defendant has something else to convince the court.</u> This is the student final grade.

# Part 4

Proof beyond reasonable doubt or Absolute certainty

Lets assume that the plaintiff completed the course

So, 519 (points plaintiff has) + 61% (final exam) + 59.5 (points miss)

$519 + 61 + 59.5 = 639.5 \longrightarrow$ a fail not up to 665 points

665 is what is required for a "C".

the only point left is 85 points (points missed)

So, 70% of 85 points $= \frac{70}{100} \times 85 = 59.5$

So, any point remove out of 950 (total class points) the student will need a 70% that is what is done above.

So lets Assume plaintiff had a 70% in the final exame.

therefore $519 + 70\% + 59.5 = 648.5$ (still a fail not up to 665 points) (This is suppose to be a pass).

This is why the student conclude that if the instructor add percentages instead of points no student will be able to pass the class.

## Now lets add points

$519 + 91.5 + 59.5 = 670$ a pass above 665 points.

So, $\frac{670}{950} \times 100 = 70.5 = 71\%$

This will have been the plaintiff final grade when everything was completed and this affirms everything the plaintiff has been elaborating.

Part 1 to Part 4 is Enclose here on...

BREAK
Exhibit

[1-27 pages]

Eric Njokom *Previous address*
4362w 136st apt D
Hawthorne, Ca 90250
4242976700
Eric.njokom@elcamino.edu

**FILED**
Superior Court of California
County of Los Angeles

**DEC 24 2018**

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
N. Oldiambattista

*1st Amended
For Case BS173948*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

Eric Njokom                        )        Case No. BS17394 8

Vs                                 )
                                   )        ~~MOTION TO~~ AMEND ~~A~~ PERTITION FOR
El Camino Community District College )
                                   )        THE WRIT OF ADMINITRATIVE
                                   )
                                   )        MANDATE CCP 576
                                   )

Hon. Mitchell Beckloff

Department 86

Date 12/24/2018

### INTRODUCTION

### INTRODUCTION

1. In Spring 2017, I had a bike accident on May, 22, 2017, which prevented me from finishing my physiology31 semester. I email my instructor Dr. Thanh-Thuy Bui that I will not be able to come to school on the day of the final exam. I also included my medical reports in the email that state my conditions, attach here. My instructor, first accepted my email and latter insisted that I should come to school to take the final exam. I could not go and did not go. She decided to give me a "F" grade.

2. After a couple of emails with my teacher Dr. Thanh-Thuy Bui. She finally told me in her

1

emails on June, 07, 2017 attach here, that she will give me only two options which are either she gives me an "F" or "I"(incomplete). This was her final decision.

3. I was not pleased with this decision, so I decided to go and explain every detail to the Vice President Dr. Jean Shankwelier.Who then advices me to file a grade change petition. I file the first student grade change petition on 06/20/2017 attach here. When a student file a grade change petition the teacher has the authority to either approve or disprove and state her reason for approving or not approving the petition.

4. My teacher Dr. Thanh-Thuy Bui did not respond to my grade change petition. Instead she decided to email me and said that I must take the final exam. Her response was a change of college policy and was solely taken by her. It was also a change of position from her email on June, 07, 2017. I was not impressed with this decision because at the time it was the beginning of a new semester and I had two classes on my class schedule. If my teacher had told me earlier that I must take the final exam then I will not have taken two classes. Looked at her emails on June, 07, 2017, the final exam has a lot of chapters. I did not had the time to prepare for the final exam for physiology31. Since it was a lot of materials and with this two classes on my schedule, I may fail my classes or the final exam of physiology31.

5. I express my concerns to the teacher that I am currently taking two classes and I will not be able to have time to prepare for my final exam for physiology31. And that she could just give me the "C". My teacher was angry with this response and decided to turn her own first grade change petition called the instructor grade change petition order, attach here. Her petition is stating that I refuse to take the final exam and that the "F" should stayed.

6. After I saw her petition, I went and met her in person in her offices and plead to her that

2

please give me another chance. And we agree that after my two classes end in October 19, 2017, I will take the final exam for physiology31. Both of my classes were supposed to end in October 19, 2017, but my teacher Dr. Thanh-Thuy Bui class, which she teaches ends in December, 15, 2017 two months later. So she gave me a date great! On November, 30, 2017 and instructed me to file a new grade change petition or a second grade change petition. Which I did.

7.   On the day of the final exam was set on November, 30, 2017. When I went and met the teacher she ask me to seat down and take the final exam, which I did, when I finished. She came and sat beside me and said harshly seat down! She was angry with me. I told her I needed to use the restroom, when I came back from the restroom, she had finished marking my paper, and she was seating on the desk and angrily push the paper infront of me and said look, I said can I take it, she reply no!.

8.   My teacher Dr. Thanh-Thuy Bui decided to respond to the second petition on same November, 30, 2017, the petition is attach here. Starting that I fail the final exam for physiology 31. This was her final decision, she was supposed to add my grades and give me what I had for the class but she decided that she will leave the grade at an F.

9.   I was not pleased with this decision and decided to appeal the decision for an administrative hearing.

**PARTIES**

1.   The Plaintiff Eric Njokom is 29 years old reside in Los Angeles. I am a student of El- Camino College struggling to have my associal degree in nursing. I have finished all my general nursing courses require for me to enter the nursing program except this course that I have in court Nursing 48, preventing me from entering the nursing program. I like El- Camino College is a walkable distance from my home in hawthorn as compare to my former college Southwest College. But recently I

3

have been having alot of problems with teachers, their actions are intentional and they show no degree of fear, when acting. I have been thinking to leave but I do not want to leave. But I know that if the role of law payouts well then they should be no fear for me.

2.  The Defendant is El- Camino College is a nice community college in Los Angeles. This college has many educational programs to offer with nursing being one of them. Their teachers are cool and some of them are crazier, like the one I have here. And please you do not have to take my words. You can rate this teacher at rate myproffessor.com with the name Thanh-Thuy Bui to see the views of others about her she is not a bad person but she is a tough teacher who likes to take tough decision perhaps to tough.

## JURISDICTION AND VENUE

1.  The venue is proper because the plaintiff reside in Los Angeles and the defendant also reside in Los Angeles. The plaintiff has exhausted all the administrative remedies and is now entitle to seek a judicial review in the above court, based on the action of the defendant (CCP 1094.5) Because El-Camino college appeal panel vested right, this Court must exercise its independent judgment base on the evidence presented. C.C.P. 1094.5.

## APPEAL PANEL DECISION

1.  A hearing was conducted on March 19, 2018, and a copy of the decision was send to me by email on March, 23, 2018. A copy of the hearing is attach here and their decision.

2.  However, to prevent a change of story, I must inform the court of the appeal panel decision and the grounds of it. They appeal panel decided to give me a "D" instead of a "C" grade.

3.  Appeal panel decision which is attach here, it states that, I was graded on all completed

4

course work.

4.    The only reason why the appeal panel said, in their report that, "It was impossible for me to have earn enough points on any other outstanding assignment to make up my points". It is because my teacher had told them that I had fail the final exam, so bad that even if I took any other assignments left I will still not pass.

5.    In the first place, my teacher had already excluded (remove) all the other assignments, I did not do. Because of my medical report. So everything was now kept on the final exam. Please refer to her emails on November, 29, 2017 attach here.

6.    My teacher told me that, I had fail the final exam. I then, advocated to take the other assignments left to bring up my points, but she refuse telling me that even if I take all the other assignments left and have all the 85points I missed I will still failed faet, that was a lied, I had already pass the final exam.

## FACTS

1.    After, the final administrative hearing decision had taken places, I went to our admission offices to collect my medical reports in there. I found a copy of the first page of my final exam I took on November, 30, 2017 attach here. I realizes that I had a 61% which was equivalent to 91.5points. That is 61% of 150 is 91.5points.

2.    I was surprise that up to 91.5 points that is almost close to a hundred and more than half of 150points which is 75points. I said to myself that what did this teacher expected me to have. I then realizes that my teacher never told me what the passing scores was but simply said you must pass.

3.    I decide to request a copy of my teacher Dr. Thanh-Thuy Bui calculation from the vice

b 5

president Dr. Jean Shankweleir. Who first refuse and I decided to report her to the President Dr. Maloney who then told the vice president to give me a copy of my teacher calculation.  Dr. Jean Shankweleir requested it and gave me the teacher calculation sheet attach here. In there, I discover that my teacher had made a trick or fraud that called for the following causes of actions.

## CAUSES OF ACTION

### First Cause of Action

1.   The teacher Dr. Thanh-Thuy Bui, mislead the appeal panel by saying I fail the final exam when indeed I pass.

2.   As a result my grades was change from  an "F" to a "D" instead of a "C".Base on the appeal panel conclusion, they said, they graded me base on all completed work which means that, they excluded(remove) all the work I did not do.

3.   Because of my medical reports. I missed (1) quiz=10points, (1) final lab exam=50points, and, (1) One assignment=25points. All totally 85points remove from the class total points 950. So 950points minus (-) 85points =865points the total points for me.

4.   I had 519(my points I had before I left school) and when, I came back, I took the final exam, I had 61% of 150points. Which means 61%of 150points is 91.5point. Therefore 70% of 865points is 605.5points. This is what is require for me to have a "C" grade.

5.   According to my teacher fraudulent calculation, Dr Thanh-Thuy Bui, she added 61% as my final grade on 519points (my score I had before I left school) which makes it 519point plus (+) 61%=580points which is a fail. But if she had added the points instead of the percentage it will be 91.5points plus (+) 519points=610.5points pass. So this will be 610.5 divided (/) 865x100=70.58% a

6

"C" which was what the teacher should have given me but she decided to lied.

6. My teacher, Dr. Thanh-Thuy Bui, willfully mislead the appeal panel because, If I had 70%of 150 is 105points or 80% of 150 is 120points as required by my teacher. If she add 70%plus (+) 519points=589points, is a fail, but 105points plus (+) 519points=624points, is a pass. Now 80% plus (+) 519points=599points is still a fail, but 120points plus (+) 519points=639points, a pass. So Dr. Thanh-Thuy Bui has to add but the points not percentages.

## Second Cause of Action

1. They appeal panel failed to provide me with the grade calculation of the teacher. While in the hearing I ask several times to see the evidence that was provided by the teacher but they could not give me.

2. After the hearing, I was forces to latter request it from the Vice president.Dr. Jean Shankweleir, who also refuse at first untill I was force to report her to the President Dr. Maloney, and she told Vice President Dr. Jean Shankweleir, to give me. Dr. Jean Shankelweir the vice president then gave me.

3. So that, is where, I discover that I had 519points, before, I left school and of course I also discover the trick or fraud my teacher had made. And I left when I was passing the class with a "C" and above.

## Third Cause of Action

1. The teacher, Dr. Thanh-Thuy Bui and the dean Army Grant, repeatedly told me, that I will not win and had a total disregard of the process. They already knew the outcome of the hearing before the hearing took places. A total disregard of the rule of law.

7

## Fourth cause of action

1.    One member of the appeal panel known as Ana Valle (a teacher of Natural Science Department) works in the same department with my teacher, Dr. Thanh-Thuy Bui, they both teach Anatomy32, physiogy31 and microbiology 33.

2.    The three of them work in the same department my teacher Dr. Thanh-Thuy Bui, appeal panel member Dr. Ana Valle and lastly the dean Dr. Army Grant. All this three members had one opinion which is "he must repeat this class" and the all play a key or crucial role in the case.

3.    They all work in the same department and were all very angry so much that they could not event look at the teachers calculation sheet but simple change my grade to a "D" for the sake that I took the final exam and had a 61% according to them.

## Request For relief

Wherefore, the petitioner request the following relief:

1.    Base on the way my final exam was given it was motivated by bad faith.

2.    On the day the final exam was set on November, 30, 2017. When I went and met the teacher she ask me to seat down and take the exam, which I did, when I finished.

3.    She came and sat beside me and said harshly seat down! She was angry with me. I told her, I needed to use the restroom, when I came back from the restroom, she had finished marking my paper, and she was seating on the desk and angrily push the paper infront of me and said look, I said can I take it, she reply no!. Inaddition to that, she mislead the appeal panel.

4.    As a result of all this anger and her general state of mine, I strongly believe that this exam

8

was motivated by bad faith.

5.     Therefore, I am politely asking the court to remove the final exam from my grades which will make it 865points minus (-) 150points (final exam) =715points left, So 519(my points I had before I left school) divided (/) 715 times(x) 100=72.59=73% still a "C" much better and truly indicate my final grade for Physiology 31(Civil Code Procedure 1094.5).

6.   A reasonable cost for the law suit.

7.   An award for attorney.

8.   Such other relief as this court may deem just as proper.

9



# EL CAMINO COMMUNITY COLLEGE DISTRICT

16007 Crenshaw Boulevard, Torrance, California 90506-0001
Telephone (310) 532-3670 or 1-866-ELCAMINO
www.elcamino.edu

March 23, 2018

Eric Njokom
4362 W. 136th St., Apt. D
Hawthorne, CA 90250

Greetings, Mr. Njokom.

The Office of Academic Affairs received your written appeal of the grade assigned for PHYO 31 (Section 1703) in Spring 2017 by instructor Thanh-Thuy Bui. The basis of the appeal was an allegation of "Fraud," "Bad Faith," and "Incompetence" on the part of the instructor.

In accordance with Board Policy 4231 and Administrative Procedure 4231, a panel was assembled to review your grade appeal submission and to conduct a hearing on March 19, 2018. Based on a thorough review of the documentation you submitted and the statements that were provided during the hearing, the Grade Appeal Panel determined that the evidence was insufficient to substantiate a charge of fraud, bad faith, or incompetence on the part of the instructor.

The Grade Appeal Panel expressed its interest in your success as a student and engaged in a thoughtful process to review your grade appeal. The Panel carefully reviewed your calculation sheet, the instructor's grade record, and the class syllabus. Totaling your scores on all completed assignments/assessments, the Panel calculated your cumulative points to include the score that you earned on the final lecture exam. The Panel determined that based on your exam score it was mathematically impossible for you to have earned enough points on any other outstanding assignments to achieve a passing score in the class. The Panel further determined that there was insufficient evidence to support a claim that the assignment of your final grade was motivated by bad faith or that it was the result of fraud or incompetence on the part of the instructor. As such, the Panel's decision is to deny your appeal to change your grade from an "F" to a "C." However, the Panel agreed that the final grade should be changed to a "D" to reflect your maximum achievable grade based on the points you earned on the final lecture exam.

Pursuant to Administrative Procedure 4231, the decision of the Grade Appeal Panel is final. The grade of "F" originally assigned for PHYO 31 in Spring 2017 will be changed to a "D." The Office of Academic Affairs will initiate the grade change process. Please note that it may take several weeks for.the grade change to be reflected in your student record.

Sincerely,

Jean Shankweiler
Jean Shankweiler
Vice President, Academic Affairs

cc:    Robin Dreizler
       Dean, Enrollment Services

10



P Part 1

**DENIED**



# EL CAMINO COLLEGE

## INSTRUCTOR GRADE CHANGE ORDER

NAME of STUDENT: Eric F. Njokom       ECC ID# 0718051

NAME & NUMBER OF COURSE: Physiology 31       SECTION # 1703

SEMESTER: Spring    YEAR: 2017    INSTRUCTOR'S NAME: T. Bui

ORIGINAL GRADE: F       NEW GRADE: ~~XF~~       UNITS: 4

If a grade is changed from a letter grade to a "W" or "W" to NG, (no grade), date of withdrawal: _____

### INSTRUCTOR'S EXPLANATION
### PROVIDE AN EXPLANATION OF APPROVAL OR DENIAL
(DOCUMENTATION MUST BE PROVIDED FOR ALL APPROVALS)

After careful review of the documents, I have decided to change the grade to incomplete. Upon passing the final exam on a scheduled date to be arranged and if Mr. Njokom passed, another grade change will be made.

Update:
Through emails, Mr. Njokom decided not to take the final exam. The current grade will stay the same. I have submitted the emails that stated why he did not want to take the exam.

Instructor's Signature _____    Date 8/28/2017

Finding (circle one)    ~~Approval~~    (Denial)

### DEAN'S EXPLANATION

Dr. Bui attempted to arrange for the student to have an incomplete, but he declined to take a make-up exam. The grade of F should remain.

Dean's Signature _____    Date 9/5/17

Finding (circle one)    Approval    (Denial)

### ADMISSIONS' COMMENTS

Denied



(2)



DENIED



# EL CAMINO COLLEGE

## INSTRUCTOR GRADE CHANGE ORDER

NAME of STUDENT: Eric Njokom          ECC ID# 0718051

NAME & NUMBER OF COURSE: Phyo -31-          SECTION # 1703

SEMESTER: Spr.   YEAR: 2017  INSTRUCTOR'S NAME: Bui

ORIGINAL GRADE: F          NEW GRADE: F          UNITS: 4

If a grade is changed from a letter grade to a "W" or "W" to NG, (no grade), date of withdrawal: _____

| INSTRUCTOR'S EXPLANATION |
| --- |
| PROVIDE AN EXPLANATION OF APPROVAL OR DENIAL (DOCUMENTATION MUST BE PROVIDED FOR ALL APPROVALS) |

I gave Eric a make-up exam on Nov 30, 2017. He did not pass the test.

Instructor's Signature          Date Nov 30, 2017          Finding (circle one)  Approval  (Denial)

| DEAN'S EXPLANATION |
| --- |

Student did not pass the make-up exam.

Dean's Signature          Date 4/30/17          Finding (circle one)  Approval  (Denial)

| ADMISSIONS' COMMENTS |
| --- |

Denied

Director or Assistant Director's Signature          Date 12/4/17

Disposition (circle one):   Forward to Records   Return to Academic Affairs

Records Information   GRADE CHANGED BY: miK   DATE DEC 4 - 2017

COMMENTS: recv in rec on: DEC 4 - 2017

12

(Page 12 of 49)

13

Part ①



# EL CAMINO COLLEGE

## STUDENT GRADE CHANGE PETITION

NAME: __NJokom__ __Eric__ __Fobai__ DATE: __06/20/17__
(Last) (First) (MI)

ADDRESS: __4362w__ __136st__ __Hawthorne__ __90250__
(Number) (Street) (City) (Zip)

PHONE: __3104628550__ BIRTH DATE: __08/24/1989__ ECC ID # __0718051__
phy8³₁ (Mo) (Day) (Yr)

EMAIL: __Eric-njokom@elcamino.ed__ COURSE: __Physio21__ SECTION: __1703__ TERM: __Spring__ YEAR: __2017__
(You will be notified by email)

GRADE RECEIVED: __F__ GRADE REQUESTED: __C__ INSTRUCTOR: __Dr. Bui, T.__

### STUDENT'S EXPLANATION

Reason for request: Explain fully why you feel a grade change is warranted. Use additional paper if needed. Documentation to support your request should be submitted with the petition. Note: grade petitions submitted for a term that ended more than 18 months since the end of the term will not be considered. If possible, meet with your instructor prior to submitting a grade change petition. This completed petition must be submitted to the Admissions Office.

see attach document



RECEIVED
JUN 22 2017

## ALL DOCUMENTATION MUST BE ATTACHED TO THIS PETITION TO PROCESS YOUR GRADE CHANGE

I hereby certify that the information provided above on this petition, any additional information attached, and any supporting documentation provided is accurate and complete.

RECEIVED 06/20/17

13

#8 718051

My reason for grade change is because I had an accident towards the end of the semester. I miss the final Lab and lecture exam. Enclose are supporting documents of my medical exams, email conversation with my teacher before she left for vocation and my grades at when I left the class. I had a lot of pain in my legs and from time to time I need to apply rub, and ice, etc to my leg which prevent me from reading for my final. In addition to that as a result of my staying at home I develope serious cold and cough couple to all of this I was on able to go to skhool. I have reported the case to the V.P Dr Jean Shankweiler who reffered me to this process of Grade change. I mention Dr Jean Shankweiler because I explain it to her or wrote latters to her in a mueh broader scope. Some of which mybe irrelevant, as of now I don't know what is in my teachers mine. I took her for Microbiology 33 and now Physiology 31 and I have also send her my medical report. Base on our email conversation which I strongly recomend that you read. I don't know if she gave me an "F" because she was unable to give me a "C" or I have to come through grade change. Please do not hesisted to ask for additional information if you need it, email at Eric_njokom@elcamino.edu. I will not like anybody from my family to be involve with this case we have family problems that includ divorce, restraining orders and more. I am 27 years old (Independent) I hope you can take my words. I am a nursing student looking forward to applying I only have one chance to repeat any of the 3 (three) nursing prerequisite and I don't want to repeat this one especially for a mistake I could not controle. "If this request is denied please tell me why it is denied, so I can clarifield you. ~~and appeal the decsion if I know that often~~". Please tell me why it is denied I will really like to know it is important if it is.
                    Thanks Eric NJOKOM
                         14

15

## Martin Luther King, Jr. OP Center Urgent Care-Adult

### 1670 E. 120th Street

### Los Angeles, CA 90059

**Name:** NJOKOM, ERIC F      **Date and Time of Instructions:** 05/23/17 15:00:06 America/Los_Angeles
**DOB:** 08/24/1989      **MRN:** 100712741      **FIN:** 1007954517
**Reason For Visit:** Leg injury, lower (Minor; RT. LEG PAIN AND SWELLING S/P BIKE ACCIDENT YESTERDAY

**Visit Date and Time:** 05/23/17 10:48:00 America/Los_Angeles
**Address:** 4362 W 136TH ST APT D HAWTHORNE CA 902507199
**Phone:** (310) 991-9539

**Provider(s) Seen Today:**

Mcgarvey, Jane

**Primary Care Provider:**
**Name:** Hong, Clemens S.
**Phone:** 4243381449

*patient Relation for 1st Nurse visit appointment! 424-338-1130*

Thank you for visiting our Urgent Care today. If you have any question(s) or concern(s) regarding your visit, please call (424) 338-1000.

**Comment:**

NJOKOM, ERIC F is hereby given the following list of follow-up instructions, patient education, and prescriptions:

| With: | Address: | When: |
|---|---|---|
| YOUR XRAYS WERE NORMAL TODAY.  USE IBUPROFEN AS DIRECTED TO HELP RELIEVE PAIN. | | |

Clemens Hong

1670 E. 120th St., OPC-1FL-Urgent
Care Los Angeles, CA 90059
4243381449 Business (1)

**Future Appointments**
No Future Appointments Scheduled

**Patient Education Materials:**
CONTUSION, Lower Extremity

## Lower Extremity Contusion

You have a contusion (bruise) of a lower extremity (leg, knee, ankle, foot, or toe). Symptoms include pain, swelling, and skin discoloration. No bones are broken. This injury may take from a few days to a few weeks to heal. During that time, the bruise may change from reddish in color, to purple-blue, to green-yellow, to yellow-brown.

### Home care

- Unless another medication was prescribed, you can take acetaminophen, ibuprofen, or naproxen to control pain. (If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.)

- Elevate the injured area to reduce pain and swelling. As much as possible, sit or lie down with the injured area raised about the level of your heart. This is especially important during the first 48 hours.

- Ice the injured area to help reduce pain and swelling. Wrap a cold source (ice pack or ice cubes in a plastic bag) in a thin towel. Apply to the bruised area for 20 minutes every 1 to 2 hours the first day. Continue this 3 to 4 times a day until the pain and swelling goes away.

- If crutches have been advised, do not bear full weight on the injured leg until you can do so without pain. You may return to sports when you are able to put full weight and impact on the injured leg without pain.

### Follow up

Follow up with your healthcare provider or our staff as advised. Call if you are not improving within the next 1 to 2 weeks.

### When to seek medical advice

Call your healthcare provider right away if any of these occur:

Name: NJOKOM, ERIC F          2 of 6          05/23/2017 16:00:00
MRN: 100712741

16

17

- Increased pain or swelling

- Foot or toes become cold, blue, numb or tingly

- Signs of Infection: Warmth, drainage, or increased redness or pain around the injury

- Inability to move the injured area

- Frequent bruising for unknown reasons

© 2000-2016 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Prescriptions

ibuprofen (ibuprofen 600 mg oral tablet), 600 Milligram(s), 1 Tabs, Oral, every 6 hours, 10 Days, TAKE WITH FOOD

fluticasone nasal (fluticasone 0.05 mg/inh nasal spray), 2 Sprays, Nasal inhalation, Daily, 4 refills

loratadine (loratadine 10 mg oral tablet), 10 Milligram(s), 1 Tabs, Oral, Daily, 2 refills

pseudoephedrine (pseudoephedrine 60 mg oral tablet), 60 Milligram(s), 1 Tabs, Oral, every 6 hours, as needed for congestion, 1 refills

**Allergy Info: Allergies**
   No Known Allergies

**Medication Information (Important):**
The Urgent Care Provider has reviewed the list of medications that you gave when you first entered the clinic. Unless otherwise instructed, you should continue to take those medications. If the Urgent Care Provider makes changes to that list, it is important that you tell your Primary Care Provider about those changes on your next Primary Care visit. .

Medications that have not changed

 WALGREENS #09137, 14250 PRAIRIE AVE HAWTHORNE, CA 902507908, (310) 978 - 9167

   ibuprofen (ibuprofen 600 mg oral tablet) 1 Tabs Oral every 6 hours for 10 Days. TAKE WITH FOOD. Refills: 0.
   Last Dose:_____

Additional Medications Reviewed during your visit

   ascorbic acid (Vitamin C) 500 Milligram(s) Oral Daily.

   fluticasone nasal (fluticasone 0.05 mg/inh nasal spray) 2 Sprays Nasal inhalation Daily. Refills: 4.

   ibuprofen (ibuprofen 800 mg oral tablet) 1 tabs Oral every 8 hours as needed for fever or pain; as needed

17

18

Name **Eric Njokom**
Date **10/20/17**

$-59$    $\frac{91}{150} = 61$

**FINAL LECTURE EXAM**

1. Pulmonary ventilation refers to
   - (A) the movement of air into and out of the lungs
   - B. the movement of dissolved gases from the alveoli to the blood
   - C. the movement of dissolved gases from the blood to the interstitial spaces
   - D. the movement of dissolved gases from the interstitial space to the cells
   - E. the utilization of oxygen

2. Place the following structures of the respiratory tree in the order in which air passes through the
   | 1. secondary bronchi | 3. primary bronchi | 5. terminal bronchioles |
   | 2. respiratory bronchioles | 4. alveoli | |
   - (A) 4, 1, 2, 3, 5
   - (C) 3, 1, 5, 2, 4
   - E. 1, 3, 2, 5, 4
   - B. 1, 3, 5, 2, 4
   - D. 3, 1, 2, 5, 4

3. Type II alveolar cells
   - A. allow rapid diffusion of gases through their thin membranes
   - (B) secrete a chemical known as surfactant
   - C. are phagocytic
   - D. all of the above
   - E. none of the above

4. Air entering the body is filtered, warmed, and humidified by the
   - (A) upper respiratory tract
   - B. lower respiratory tract
   - C. lungs
   - D. alveoli
   - (E) all of the above

5. Active expiration is produced by contraction of
   - A. abdominal muscles
   - B. diaphragm
   - C. internal intercostals
   - D. external intercostals
   - E. A and B
   - (F) A and C

6. Total cross-sectional area _____ with each division of the airways.
   - (A) increases
   - B. decreases
   - (C) does not change
   - D. none of the above

7. In the lungs, the _____, respectively, than the blood flow rate and the blood pressure in other tissue.
   - A. blood flow rate is higher and the blood pressure is lower
   - B. blood flow rate is higher and the blood pressure is higher
   - (C) blood flow rate is lower and the blood pressure is lower
   - (D) blood flow rate is lower and the blood pressure is higher
   - E. blood flow rate and the blood pressure is the same as in other tissues

8. Flow of air
   - A. is directly proportional to a pressure gradient and flow decreases as the resistance of the system decreases
   - B. is directly proportional to the resistance and flow decreases as the pressure of the system increases
   - C. is directly proportional to a pressure gradient and flow increases as the resistance of the system increases
   - D. is directly proportional to the resistance and flow increases as the resistance of the system increases
   - (E) none of the above

9. An increase in partial pressure of carbon dioxide (PCO2) would cause
   - (A) the bronchioles to dilate and the systemic arterioles to dilate
   - (B) the bronchioles to dilate and the systemic arterioles to constrict
   - C. the bronchioles to constrict and the systemic arterioles to dilate
   - D. the bronchioles to constrict and the systemic arterioles to constrict
   - E. none of the above

10. When the diagram and external intercostal muscles contract,
    - A. expiration occurs
    - B. intrapulmonary pressure increases
    - (C) interpleural pressure decreases
    - D. the volume of the lung decreases
    - E. all of the above

11. In quiet breathing,
    - A. inspiration and expiration involve muscular contractions
    - (B) inspiration is passive and expiration involves muscular contractions
    - (C) inspiration involves muscular contractions and expiration is passive
    - D. inspiration involves muscular contractions & passive expiration
    - E. none of the above

12. If a student inhales as deeply as possible and then blows the air out until he cannot exhale any more, the amount of air that he expelled would be his
    - A. tidal volume
    - B. inspiratory reserve volume
    - (C) expiratory reserve volume
    - D. minimal volume
    - E. vital capacity

13. High carbon dioxide concentration in body fluids is called
    - A. carbonation
    - B. hyperdioxia
    - C. hyperoxia
    - D. hypercarbia
    - (E) hypercapnia

18

51 (Page 24 of 49)

8102/20/90

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Njokom, Eric | 718051 | 64 | 78 | 64 | 61 | 39 | 31 | 37 | 25 | 24 | 25 | 5 | 7 | 5 | 6 | 9 | 480 | 71.1% |

71.1%

19

19

Thanh-Thuy Bui, M.D.
Phone: (310) 532-3670 ex 5361
Email: tbui@elcamino.edu

Spring 2017
El Camino College

### Physiology 31: Human Physiology
### Section 1703 Room NS 123
### Monday/Wednesday 12:45-1:35PM Lecture
### Monday/Wednesday 1:45-4:55PM Lab

Office: NS 106
Office Hours:

| | | |
|---|---|---|
| Monday | 7:00-7:45AM | Room LS 130 |
| Tuesday | 7:15-8:00AM | Room LS 109 |
| Wednesday | 7:15-7:45AM | Room LS 130 |
| Thursday | 7:15-8:00AM | Room LS 109 |

**Mission Statement:** The mission of El Camino College is to meet the educational needs of its diverse community and ensure student success by offering quality, comprehensive educational opportunities.

**Course Description:** This course is a study of cellular physiology and the functional aspects of the following body systems: circulatory, respiratory, digestive, excretory, reproductive, muscular, nervous, and endocrine. In the laboratory, experiments are performed to demonstrate principles discussed in lecture. This course is designed primarily for those majoring in the health sciences.

**Prerequisite:** Successful completion of Anatomy 30 or 32 and Chemistry 20, 21A, or 4 with a grade of C or better in both courses are the prerequisites.

**Requirements:**
Text: Silverthorn, D.E. HumanPhysiology: An Integrated Approach. 7th edition, 2015.
Lab manual: Zao. PhysioEx 9.0 for Human Physiology. Pearson Benjamin Cummings, 2011.
BIOPAC Student Kits that can be purchased the bookstore. (Optional)

**Course Objectives:**
1. The student should be able to describe the cell and its organelles as well as cellular functions.
2. The student should be able to describe the characteristics of blood and all its components.
3. The student should be able to describe the components of the circulatory system including cardiac contraction, regulation of blood pressure, cardiac output, etc.
4. The student should be able to explain the components of the respiratory system including the mechanics of breathing cellular events of gas exchanges, and different lung volumes.
5. The student should be able to explain the components of the digestive system including the macromolecules of life and the processes of their breakdown.
6. The student should be able to discuss the systems involved in excretion and secretions of materials through the human body.
7. The student should be able to explain the components of the muscular system including muscle contractions and the mechanics of the muscle.
8. The student should be able to explain the components of the nervous system including membrane potentials, nerve impulse, and interpretation of the signals.
9. The student should be able to explain the components of the endocrine system including the glands and relative control of bodily functions.
10. The student should be able to explain the components of the reproductive system including genetics.

**Student Learning Outcomes and Assessment Activities:** Students will construct a concept map to illustrate how the urinary, endocrine, cardiovascular, respiratory, nervous, muscular, integumentary, lymphatic, and digestive systems interact with each other to maintain water balance in the body.

**Grading:**

| Ways to earn points: | Point Value | Standard Scale for Grade: |
|---|---|---|
| Final Exam | 150 points | A= 90-100% |
| 4 unit exams (100 points each) | 400 points | B= 80-89.4% |
| 9 quizzes (10 points each) | 90 points | C= 70-79.4% |
| 4 lab practica (50 points each) | 200 points | D= 60-69.4% |
| Attendance and Participation | 10 points | F= below 60% |
| Homework assignments and case studies | 100 points | |
| Total | 950 points | |

**Final Exam:** 150 points, 150 total of multiple choices, matching, true and false questions, 2.5 hours. The exam will be cumulative, based on text and lectures. No make-up exam unless there is a verifiable emergency.

**4 Unit Exams:** There will be 90-100 multiple choices, matching, true and false, and labeling questions, lasting 90 minutes. There will also be some short answer essay questions. No make-up exam unless there is a verifiable emergency.

**4 Laboratory Practica:** There will be 30-40 multiple choices, matching, true and false, labeling and short answer questions, 60 minutes. There will also be some short answer essay questions. No make-up exam unless there is a verifiable emergency.

**Laboratory assignments:** Students will hand in their laboratory assignments at the beginning of class found in their lab manual. No late homework assignments will be accepted after 12:45PM. Each homework assignment will be graded according to completion and accuracy of the exercise.

**Attendance and Participation:** Students are required to attend both the lecture and lab. Professor reserves the right to drop students who have missed more than 4 sessions of class. Points are awarded for asking questions, contributing to class discussion, and for answering the professor's oral questions.

**Extra Credit:** Opportunities will be announced throughout the semester. Please do not ask for extra credits.

**Academic Dishonesty:** Cheating and plagiarism, as defined in the El Camino College catalog, will not be tolerated. Students caught cheating or acting suspiciously will get an "F" for the assignment or exam and will be reported to the Division Dean and Dean of Students Services. No opportunities will be given for cheating.

**Special Accommodations:** If you have a specific learning disability, please contact the Special Resource Center at (310) 660-3295 for documentation and let me know as soon as possible so that we can suitable accommodate your learning needs.

**Repeat Policy:** Each student is allowed only 3 attempts to successfully complete any class with a C grade or better. Repeats will now include withdrawal attempts as well. Please do not enroll in this class now if you are not prepared or do not have the time to do the work.

**Visitors:** Visitors, including children, are not permitted in class at anytime, mainly because of the school's insurance coverage rules.

**Food and Drinks:** Food and drinks of all kinds including water is not permitted in class at anytime. You may not eat or drink in lab at anytime.

**Disclaimer Statement:** Students will be notified ahead of time when and if any changes are made to course requirements or policies.

**Important Dates:**

| | |
|---|---|
| Friday, February 24, 2017 | Last day to add classes |
| Friday, February 24, 2017 | Last day to drop class without a W grade |
| Friday, May 12, 2017 | Last day to drop class with a W grade |

| WK | DATE | TENTATIVE LECTURE SCHEDULE | TENTATIVE LABORATORY SCHEDULE |
|---|---|---|---|
| 1 | 2/13/17 | Ch 1 Introduction of Physiology<br>Ch 2 Molecular Interactions | Scientific Method and Metric Measurements Calculations |
| | 2/15/17 | QUIZ # 1 Chapter 2<br>Ch 3 Compartmentation: Cells and Tissues<br>Ch 4 Energy and Cellular Metabolism | PhysioEx Tissues (Powerpoint Presentation)<br>PhysioEx Cell Transport Mechanisms (Exercise 1) |
| 2 | 2/20/17 | WASHINGTON'S DAY HOLIDAY | NO SCHOOL. CAMPUS CLOSED. |
| | 2/22/17 | QUIZ # 2 Chapter 4<br>Ch 5 Membrane Dynamics<br>Ch 6 Communications, Integration, Homeostasis | Molecules of Living Things<br>Cell Transport Mechanisms (Handout) |
| 3 | 2/27/17 | Review for Lecture Exam | |
| | 3/1/17 | LECTURE EXAM # 1 (Chapters 1-6) | Clinical Case Studies |
| 4 | 3/6/17 | Ch 7 Introduction to Endocrine System<br>Ch 23 Endocrine Control of Growth, Metabolism | PhysioEx Endocrine Stimulation (Exercise 4) |
| | 3/8/17 | QUIZ # 3 Chapter 7<br>Ch 12 Muscles | PhysioEx Skeletal Muscle Physiology (Exercise 2) |
| 5 | 3/13/17 | Ch 13 Integrative Physiology: Control of Body Movement<br>Ch 25 Integrative Physiology: Exercise | LAB EXAM # 1 (Scientific Method, Metrics, Calculations, Cell Transport, Tissues, and Molecules of Living Things |
| | 3/15/17 | Review for Lecture Exam | |
| 6 | 3/20/17 | LECTURE EXAM # 2 (Chapters 7, 23, 12, 13, 25) | Clinical Case Studies |
| | 3/22/17 | Ch 8 Neurons: Cellular and Network Properties<br>Ch 9 Central Nervous System | Human Reflex Physiology (Handout)<br>PhysioEx Neurophysiology (Exercise 3) |
| 7 | 3/27/17 | QUIZ # 4 Chapter 8<br>Ch 10 Sensory Physiology. | Cranial Nerves (Handout) |
| | 3/29/17 | Ch 11 Efferent Division: Autonomic and Somatic Motor Control | LAB EXAM # 2 (Endocrine, Muscles, Neurons, Reflexes, Cranial Nerves, and Case Studies |
| 8 | 4/3/17 | Review for Lecture Exam | |
| | 4/5/17 | LECTURE EXAM # 3 (Chapters 8-11) | Clinical Case Studies |
| 9 | 4/10/17 | SPRING BREAK | NO SCHOOL. CAMPUS CLOSED. |
| | 4/12/17 | SPRING BREAK | NO SCHOOL. CAMPUS CLOSED. |
| 10 | 4/17/17 | Ch 16 Blood<br>Ch 24 Immune System | Blood (Handout)<br>PhysioEx Blood Analysis (Exercise 11) |
| | 4/19/17 | Ch 14 Cardiovascular Physiology<br>Ch 15 Blood Flow and Control of Blood Pressure | BIOPAC Electrocardiography (Handout)<br>Blood Pressure (Handout) |
| 11 | 4/24/17 | QUIZ # 5 Chapter 24<br>Ch 17 Mechanics of Breathing | PhysioEx Frog Cardio Stimulation (Exercise 6)<br>PhysioEx Cardiovascular Dynamics (Exercise 5) |
| | 4/26/17 | Review for Lecture Exam | |
| 12 | 5/1/17 | LECTURE EXAM # 4 (Chapters 14-16, 24) | Clinical Case Studies |
| | 5/3/17 | Ch 18 Gas Exchange and Transport | PhysioEx Respiratory System Mechanics (Exercise 7) |
| 13 | 5/8/17 | Ch 19 The Kidneys | LAB EXAM # 3 (Blood, Electrocardiography, CV Physiology, Blood Pressure, and Respiration) |
| | 5/10/17 | Ch 20 Integrative Physiology: Fluid and Electrolyte | Urinalysis (Handout) |
| 14 | 5/15/17 | QUIZ # 6 Chapter 17<br>Ch 21 Digestion | PhysioEx Renal Physiology (Exercise 9)<br>PhysioEx Acid-Base Balance (Exercise 10) |
| | 5/17/17 | QUIZ # 7 Chapter 19<br>Ch 22 Metabolism and Energy Balance | PhysioEx Chemical and Physical Process of Digestion (Exercise 8) |
| 15 | 5/22/17 | QUIZ # 8 Chapter 20<br>Ch 26 Reproduction and Development | Human Genetic Traits and Genetic Problems |
| | 5/24/17 | QUIZ # 9 Chapter 21 | Human Genetic Traits and Genetic Problems |
| 16 | 5/29/17 | MEMORIAL DAY HOLIDAY | NO SCHOOL. CAMPUS CLOSED. |
| | 5/31/17 | Review for Final Lecture Exam | |
| 17 | 6/5/17 | | FINAL LAB EXAM (Urinalysis, Renal Physiology, Acid-Base Balance, Digestion, Genetics, and Case Studies) |
| | 6/7/17 | FINAL LECTURE EXAM (Chapters 17-22, 26) | |

PHYO 31

# Physiology 31 Teachers Calculation Sheet

per syllabus  Need 70% to pass with "C"

$(.70)(960) =$ | 672 total points needed to pass w/ "C"

(total points possible)

At end of term, student had earned 519 points.
Student scored 59 points on the final. $\Rightarrow$ 519 + 59 = 578 (points earned)

Student would need 672
$-578$
94 additional points needed to pass w/C

However, there only remained  50
                                25
                                10
                                85 possible points remaining to be earned

⚐ Mathematically impossible for student to pass w/ "C"

NOTE: Even if use 69.5% to pass with "C":

$(.695)(960) = 667.2$ total points needed to pass w/ "C"

$667.2 - 578 = 89.2$ add'l points needed after final

However, only 85 possible points remaining to be earned
⚐ still not mathematically possible based on final.

23

**24**

_Part 3 emails_

RE:

Page 1 of 1

---

Reply   Reply All   Forward

## RE:

### Bui, Thanh-Thuy

To:      Njokom Eric

_second (2nd) email_   _wednesday November 22, 2017 7:25_

_Wednesday, November 22, 2017 7:25 AM_

You replied on 11/29/2017 12:11 PM.

_Quiz #16 chap 17 = pass_
_Quiz #7 chap 19 = pass_    _final exam_
_Quiz #8 chap 20 = pass_    _fail how?_
_Quiz #9 chap 21 = (accident)_

Eric,

_"Teacher Line up chapter like intimidate soccer players try appeal panel"_

I have decided to let you make up the missed final exam on Thursday, November 30, 2017 at 7:30am in room LS 109. This is where I will be teaching Anatomy 32. You will have 2 and half hours to finish the exam on the chapters 17, 18, 19, 20, 21, 22 and 26. This will be the only time that I will allow you to take the make-up exam. If you do not show at 7:30am on Thursday, November 30, then you will have to accept the official grade on your transcript. This is all that I can do for you.

Dr. Bui    _18, 22, 26 = NO quizes given or else student should have pass t._

**From:** Njokom Eric
**Sent:** Tuesday, November 21, 2017 2:17 AM
**To:** Bui, Thanh-Thuy
**Subject:** RE:

_"first email" (1st)_

Hi
Dr Bui
I mail in the grade change pertition on the 11/15/17, I don,t know why you have not gotten it up to now. Please I have been reading for the exam when you received it please give me anytime you have, it does not have to being two weeks. Please if anyone write to you with my email saying any thing bad please let me know, if I have ever said any thing to you that makes you angry please forgives me. I will write the dean now Army Grant to see if she can speed up the process or if you can. Thanks for this opportunity.
          Thanks God bless you Dr Bui
               eric njokom

---

**From:** Bui, Thanh-Thuy
**Sent:** Saturday, March 04, 2017 11:57 AM
**Subject:**

More notes for you for the rest of the semester.



Dr. Bui

25

RE: Make up Exam this Thursday.                    https://mail.elcamino.edu/owa/?ae=PreFormAction&a=Reply&t=IPM.N.

(2)

Part 3 emails

Send

Options... |HTML

To...

Cc...

Subject:    RE: Make up Exam this Thursday.

|Tahoma                    |:10   | B  *I*  U

---

From: Bui, Thanh-Thuy
Sent: Monday, December 04, 2017 11:55 AM
To: Njokom Eric
Subject: RE: Make up Exam this Thursday.

*"Teacher claim that there is no difference b/w DIF"*   Sixth email (6th)

*"this is an act of bad faith in a nice way"*

Eric,

When you retake Physiology 31 and pass it with a C or above, then this current failing grade will not be counted as part of your GPA. So it does not matter if you have a D or a F. Once you retake the course, the failing grade will not count.

Dr. Bui

---

From: Njokom Eric
Sent: Monday, December 04, 2017 9:30 AM
To: Bui, Thanh-Thuy
Subject: RE: Make up Exam this Thursday.

Firth 5th email

Hi Dr Bui
Please wait with this presant grade change even if it means that I need to take the lab to pass I will. We can work something out, I am available anytime you need me for exam.
            thanks eric njokom

---

From: Bui, Thanh-Thuy
Sent: Monday, December 04, 2017 7:30 AM
To: Njokom Eric
Subject: RE: Make up Exam this Thursday.

fourth email 4th

*"teacher finally add scores"*

Eric,

I will add your points and see what happens. The denial paper has already been turned in.

Dr. Bui

---

From: Njokom Eric
Sent: Saturday, December 02, 2017 3:44 PM
To: Bui, Thanh-Thuy
Subject: RE: Make up Exam this Thursday.

thirth email (3rd)

*"teacher did not want to add score because teachers is not coperating"*

Hi Dr Bui
Well, please go ahead and add me the 59 points it could at-least raise my grade to a D which is much better than an F, so it will not destroy my grades when applying for a university or what do you have in mine or just leave it like that. I really thank you for you effort.
            thanks eric njokom

---

1 of 1                                                                                        12/5/2017, 11:22 AM

25

*26*

Part2 email

Bui, Thanh-Thuy

Actions
To:
M,
Njokom Eric
Sent Items
Tuesday, August 29, 2017 4:23 PM

Eric,

*Confusion student expected a yes or No*

*Change change of position why? no appology !*

"fist (1st email"

I have decided that you may make up your Physiology final exam. You may take the exam on Friday, September 15, 2017 at 10am in my office Nats 106. Please make arrangement to meet me in my office at the appropriate time.

If you do not pass this exam, then your grade will stay the same as your current grade. If you pass this exam, then your new grade will reflect what you got the final exam.

I will see you then.

Dr. Bui

*teacher did not mention what the passing grade was because she was trying or planing to lie reffer to calculations (exam is 150)*

Njokom Eric

To:
M
Bui Thanh Thuy
Attachments:
Report (1) pdf (150 KB) Open as Web Page

Wednesday, August 30, 2017 7:34 PM

*Student Taking classes had no time to prepare for the exam"*

*"second email 2nd"*

You replied on 8/31/2017 7:52 AM

Hi
I am very excited to write you this few words of mine. I am still recuperating and i am currently taking nursing 145 and nursing 48. I addition to that I am still practing teas test which I paid for online at Ati.com, enclose are my grades, I understand your consent I want you to know that if you give me a C grade you are given it to someone who deserve it. The passing test for teas is 62 percent this is to show you that I am doing well. Even though this is the practices but it is the company(ATI) that set teas. You have been my teacher in two courses if you still though my ability call ati and ask about my performance. Mrs Bui I dont want to fail this courses. I had an accidents I am doing everything i can to get back on track. Please just give me the C at this point . I still have much work to do ahead of me. I wrote several emails to the V.p And to You, but could not reach an agreement, please help me move on. Please make copy of my documents for referrals. Before given them out for any reason.
           thanks yours humble student eric njokom

Part 2 emails

Bui, Thanh Thuy

To:
M
Njokom Eric
Sent Items
Thursday, August 31, 2017 7:52 AM

*"third email 3rd"*

*I was suppose to go and take the exam because my teacher has shown that she "understood my situation" for the first time.*

Eric,

✓ "good"

I understand that you are studying and taking classes, but you **must** take the final exam in Physiology on Friday, September 15, at 10am in my office, Nats 106. You need to pass this exam to pass this class. I need to resubmit my grades to justify that you have passed this class. You **must** take the exam on September 15 at 10am in my office. If you do not take this exam and pass, then your current grade will stay permanently on your transcript. Then I will not be able to help you anymore. Please make the appropriate arrangement to take this final exam in Physiology.

Dr. Bui

*I was suppose to respond to this email by going to take the final exam but my teacher tone shows that she is upset with me. she repeatedly use the word "must" "must" which scarce me.*

Njokom Eric

To:
M
Bui, Thanh Thuy

Thursday, August 31, 2017 11:32 AM

*"fourth email" 4th*

Hi
Mrs Bui it has been a pleasure being you student, I appologies for all that I may have cause you. I have only one chance and that chance is to take an appeal for this case. Which i have struggle to avoid but it looks like i have no choices. I will not take this exam with you because i know you are acting out of bad faith and i need someone neutral like VP, president etc to help calm down the tension b/w you and I. And want you to go ahead and send me a denied so that I can proceed with the appeal procedure even if i have to take the exam it will not be administer by you. I respect you mrs Bui you are a DR I am not, but i hope to be like you one day i hope you respect my decision and will couple with it so i can move foward. Don,t take this personal.

        thanks eric njokom

*So at this point I wanted someone to go and talk to my teacher beside me. But I could not go to the dean, I preffer the VP. But the VP could not tusk. So I had to do it by myself which did not ended well.*

BREAK

Exhibite

previous address

Eric Njokom
4362w 136st apt D
Hawthorne, Ca 90250
4242976700
Eric_njokom@elcamino.edu

RECEIVED

**FILED    JAN 04 2019**
Superior Court of California
County of Los Angeles    DEPT. 86

**JAN 04 2019**

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
Karlet Ghazarian

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### COUNTY OF LOS ANGELES

Eric Njokom

Vs

El Camino Community District College

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. BS173948

**VERIFIED AMENDED AND**

**SUPPLEMENTAL PERTITION FOR THE**

**WRIT OF ADMINITRATIVE MANDATE**

**CCP.576**

Hon. Mitchell Beckloff

Department 86

Date 12/24/2018

### INTRODUCTION

1.  In Spring 2017, I had a bike accident on May, 22, 2017, which prevented me from finishing my physiology31 semester. I email my instructor Dr. Thanh-Thuy Bui that I will not be able to come to school on the day of the final exam. I also included my medical reports in the email that state my conditions, attach here. My instructor first accepted my email and latter insisted that I should come to school to take the final exam. I could not go and did not go. She decided to give me an "F" grade.

"To give you a detail understanding of the case"

El Camino College
Compton Center

# El Camino College Associate Degree Nursing Program (Generic)

**FILING PERIOD:** The El Camino College Nursing Program accepts applications twice a year beginning the third Monday in September and the third Monday in February. Each application period will last for three weeks.

Prospective nursing students must complete the following steps in advance of the application filing period:

1. Complete the requirements for admission to the college.
2. Graduate from high school or earn a passing score on the General Equivalency Diploma (GED) or have earned an associate (AA) or higher degree.
3. **INFORMATION SESSION:** These sessions are for students who are close to or ready to apply. Attendance of a nursing information session within 1 year of application is a requirement to apply to the El Camino College Associate Degree Nursing program.
4. **SOCIAL SECURITY or TAX IDENTIFICATION NUMBER:** The state of California requires all RNs to have a valid social security number. Nursing students will be required to show proof of a valid social security or tax identification number **prior to entry into the nursing program.**
5. **PREREQUISITES:** Effective fall 2015 students must complete the following prerequisite courses with a minimum 2.5 grade point average: **Anatomy 32, Physiology 31,** or Anatomy 34A/34B and **Microbiology 33.** All science courses must have been completed within seven years prior to the date the application is submitted.
   a. **For any course in which a grade of "C" or better was earned, the EARLIEST course grade will be utilized** Failure to submit transcripts with all grades posted will result in disqualification from the application process.
   b. **REPEATS:** No more than one repeat of any substandard grade in the basic science prerequisites (Human Anatomy, Human Physiology, or Microbiology) will be allowed within 7 years of the application filing date.
6. **GPA:** Have a minimum cumulative GPA of 2.5 in all college courses completed since high school.
7. **ENGLISH:** Complete English 1A with a grade of C or better.
8. **MATH:** Complete Intermediate Algebra (Math 73 or 80 or equivalent) or pass the Math Competency Exam. **NOTE:** Students who entered ECC before fall 2009 and have maintained continuous enrollment (catalog rights) will meet the math competency by completion of Elementary Algebra (Math 40 or 43 or equivalent).
9. **NURSING 48** Effective summer 2010, N48 Dosage Calculations became a two unit class Nursing Program requirement. Nursing 48 may be in progress or taken prior to applying to the Nursing Program. If this course is in progress, student must provide documentation of completion of the course to the Nursing Office by the end of the semester. **NOTE:** This course can only be taken at El Camino College, Torrance or Compton Center campuses.
10. **NURSING 145:** Complete with a minimum grade of C or better. Nursing 145 may be in progress or taken prior to applying for admission consideration to the Nursing Program. If this course is in progress, students must provide documentation of completion of the course to the Nursing Office by the end of the semester. This course can only be taken at El Camino College, Torrance or Compton Center.
11. **TRANSCRIPTS:**
    a. U.S. transcripts from all colleges attended since high school must be mailed directly to the ECC Torrance campus Admissions Office or the Compton Education Center Admissions Office. **No hand carried transcripts will be accepted.**
    b. All transcripts from outside the United States must be evaluated by an ECC-approved foreign evaluation service.
    c. Transcripts must be received by the admission office no later than August 1 for fall applications and January 1, for spring applications.
    d. Students must confirm with the Admissions Office that transcripts have arrived prior to making a counseling appointment.

ADN Admission Requirements Revised 6-2014; 2-15-2015; Updated 11-05-2015                                    Page 1




**El Camino College**
Compton Center

## El Camino College Associate Degree Nursing Program (Generic)

## SAMPLE CURRICULUM FOR ASSOCIATE DEGREE NURSING PROGRAM

| Semester I | Lecture | Hours Lab | Units |
|---|---|---|---|
| Nursing 150A (8 weeks) Beginning Nursing Process and Fundamental Skills I | 5 | 9 | 4 |
| Nursing 150B (8 weeks) Beginning Nursing Process and Fundamental Skills II | 3.5 | 12 | 3.5 |
| Nursing 151 (8 weeks) Human Development and Health | 4.5 | | 2 |
| Nursing 152 (8 weeks) Introduction to Nursing Pharmacology | 2 | - | 1 |
| *Sociology 101 | | | 3.0 |
| **Total Units** | | | 13.5 |

| Semester II | Lecture | Hours Lab | Units |
|---|---|---|---|
| Nursing 153 (8 weeks) Intermediate Nursing Process I | 4.5 | 16.9 | 4.5 |
| Nursing 154 (8 weeks) Intermediate Nursing Process and Mental Health | 4.5 | 13.5 | 4 |
| Nursing 155 (8 weeks) Health Assessment | 1 | 3.4 | 1 |
| Nursing 156 (8 weeks) Advanced Nursing Pharmacology | 2 | | 1 |
| *Psychology 5 | | | 3 |
| **Total Units** | | | 13.5 |

| Semester III | Lecture | Hours Lab | Units |
|---|---|---|---|
| Nursing 250 (8 weeks) Intermediate Nursing Process and The Family (Obstetrics & Pediatrics) | 6.8 | 16.9 | 5.5 |
| Nursing 251 (8 weeks) Legal and Ethical Considerations in Nursing | 2 | | 1 |
| Nursing 253 (8 weeks) Intermediate Nursing Process II | 4.5 | 16.9 | 4.5 |
| * English 1B | | | 3.0 |
| **Total Units** | | | 14 |

| Semester IV | Lecture | Hours Lab | Units |
|---|---|---|---|
| Nursing 254 (12 weeks) Advanced Nursing Processes I | 4.5 | 18 | 7 |
| Nursing 255 (4 weeks) Advanced Nursing Processes II | | 33.75 | 2.5 |
| * Communication and Analytical Thinking | | | 3.0 |
| **Total Units** | | | 12.5 |

* These subjects may be taken earlier.

The Associate Degree Nursing Program is a demanding, rigorous program that requires advanced academic preparation, personal commitment, and a considerable amount of time in study and preparation outside of class. Mandatory general information sessions are available each semester to assist prospective applicants in learning more about the El Camino College Nursing Program, its requirements and how to formulate an educational plan to become a qualified applicant.

## INFORMATION IS SUBJECT TO CHANGE WITHOUT NOTICE

Doc# 1 Page# 3 - Doc ID = 1760930048 - Doc Type = Brief

Case 2:20-cv-02017-TLN-AC    Document 1    Filed 10/08/20    Page 69 of 84

Unofficial Student Transcript                                                        Page 1 of 3

```
                        E L  C A M I N O   C O L L E G E
                        U N O F F I C I A L   T R A N S C R I P T
Njokom, Eric                    DOB: 08/24/89                    January 03 2019
0718051
```

| ECC CSU UC CAN | COURSE | COURSE TITLE | GRADE | UNITS ATTEMPTED | UNITS COMPLETED | GRADE POINTS | GPA | FTN |
|---|---|---|---|---|---|---|---|---|
| GE  GE GE NO. | NUMBER | | | | | | | |

```
------------------------------------- Spring Semester 2013 -------------------------------------

              ESL 52B      Inter Read/Vocab Bldg       C       4.00      4.00      8.00
              ENGL A       Writing the College Essay   P       3.00      3.00

              SEMESTER TOTAL                                   4.00      7.00      8.00      2.000
              CUMULATIVE TOTALS                               4.00      7.00      8.00      2.000
              In Good Standing


------------------------------------- Fall Semester 2013 -------------------------------------

LA A2 1A  ENGL2  ENGL 1A    Reading and Composition     C       4.00      4.00      8.00
N  B4 5B          CHEM 21A   Survey Gen/Organic Chem     W     ( 4.00)

              SEMESTER TOTAL              WINC:   4.00         4.00      4.00      8.00      2.000
              CUMULATIVE TOTALS           WINC:   4.00         8.00     11.00     16.00      2.000
              In Good Standing


------------------------------------- Spring Term 2014 -------------------------------------

H  C2 3C  ENGL4  ENGL 1B    Literature/Composition      C       3.00      3.00      6.00

              SEMESTER TOTAL                                   3.00      3.00      6.00      2.000
              CUMULATIVE TOTALS           WINC:   4.00        11.00     14.00     22.00      2.000
              In Good Standing


------------------------------------- Fall Semester 2014 -------------------------------------

SC D9 4A  PSY2   PSYCH 5    General Psychology          A       3.00      3.00     12.00

              SEMESTER TOTAL                                   3.00      3.00     12.00      4.000
              CUMULATIVE TOTALS           WINC:   4.00        14.00     17.00     34.00      2.429
              In Good Standing


------------------------------------- Spring Semester 2015 -------------------------------------

          SOC2   SOC 101    Introduction to Sociology   B       3.00      3.00      9.00

              SEMESTER TOTAL                                   3.00      3.00      9.00      3.000
              CUMULATIVE TOTALS           WINC:   4.00        17.00     20.00     43.00      2.529
              In Good Standing
```

Page  1 of  3

Doc# 1 Page# 4 - Doc ID = 1760930048 - Doc Type = Brief

```
                    E L   C A M I N O   C O L L E G E
                U N O F F I C I A L   T R A N S C R I P T
Njokom, Eric                 DOB: 08/24/89          January 03 2019
0718051
```

| ECC CSU UC CAN | COURSE | COURSE TITLE | GRADE | UNITS ATTEMPTED | UNITS COMPLETED | GRADE POINTS | GPA | FTN |
|---|---|---|---|---|---|---|---|---|
| GE  GE GE NO. | NUMBER | | | | | | | |

**-------- Fall Semester 2015 --------**

| N  B4 5B | CHEM 20 | Fundamentals of Chemistry | C | 5.00 | 5.00 | 10.00 | | |
| | SEMESTER TOTAL | | | 5.00 | 5.00 | 10.00 | 2.000 | |
| | CUMULATIVE TOTALS | WINC:  4.00 | | 22.00 | 25.00 | 53.00 | 2.409 | |
| | In Good Standing | | | | | | | |

**-------- Spring Semester 2016 --------**

| N  B5 5G  BIOL10 ANATOMY 32 | General Human Anatomy | A | 4.00 | 4.00 | 16.00 | | |
| | SEMESTER TOTAL | | | 4.00 | 4.00 | 16.00 | 4.000 | |
| | CUMULATIVE TOTALS | WINC:  4.00 | | 26.00 | 29.00 | 69.00 | 2.654 | |

**-------- Fall Semester 2016 --------**

| N     5G  BIOL14 MICRO 33 | General Microbiology | C | 5.00 | 5.00 | 10.00 | | |
| | SEMESTER TOTAL | | | 5.00 | 5.00 | 10.00 | 2.000 | |
| | CUMULATIVE TOTALS | WINC:  4.00 | | 31.00 | 34.00 | 79.00 | 2.548 | |

**-------- Spring Semester 2017 --------**

| N     5G  BIOL12 PHYSIOL 31 | Human Physiology | D | 4.00 | 4.00 | 4.00 | | |
| | SEMESTER TOTAL | | | 4.00 | 4.00 | 4.00 | 1.000 | |
| | CUMULATIVE TOTALS | WINC:  4.00 | | 35.00 | 38.00 | 83.00 | 2.371 | |

**-------- Fall Semester 2017 --------**

| NURS 48 | Dosage Calculations | D | 2.00 | 2.00 | 2.00 | | |
| NURSING 145 | Intro and Prep for Nursing | W | ( 2.00) | | | | |
| SEMESTER TOTAL | WINC:  2.00 | | 2.00 | 2.00 | 2.00 | 1.000 | |
| CUMULATIVE TOTALS | WINC:  6.00 | | 37.00 | 40.00 | 85.00 | 2.277 | |

**-------- Spring Semester 2018 --------**

| NURSING 145 | Introduction to Nursing | B | 2.00 | 2.00 | 6.00 | | |
| SEMESTER TOTAL | | | 2.00 | 2.00 | 6.00 | 3.000 | |
| CUMULATIVE TOTALS | WINC:  6.00 | | 39.00 | 42.00 | 91.00 | 2.333 | |

**-------- Fall Semester 2018 --------**

| LB B3 2D  STAT2  MATH 150 | Elemntry Statistcs W/Probablty | C | 4.00 | 4.00 | 8.00 | | |
| M | | | | | | | |
| SEMESTER TOTAL | | | 4.00 | 4.00 | 8.00 | 2.000 | |
| CUMULATIVE TOTALS | WINC:  6.00 | | 43.00 | 46.00 | 99.00 | 2.302 | |

Doc# 1 Page# 5 - Doc ID = 1760930048 - Doc Type = Brief

BREAK

Exhibit

**Administrative Procedure 4231**                                     **Grade Change**

Grades are determined by the instructor of a course. Both state law and college policy state that the determination of a grade by the instructor is final, in the absence of mistake, fraud, bad faith, or incompetency.

Most instances of incorrect grades are due to a mistake of some kind, such as a recording error or an error calculating an average. State law and college policy allow these mistakes to be corrected. The state law also provides that the college must have a policy for dealing with the very rare instances when a grade should be changed because it was recorded because of fraud, bad faith or incompetency.

In most cases of an error, the instructor can correct the grade once it has been pointed out. A student who believes an error has been made may meet or correspond with the instructor directly and the instructor can initiate the administrative process of correcting the grade. This is described in Part I B of this Administrative Procedure.

A student may also begin the process with the submission of a Grade Change Petition. It is important to know that a petition submitted more than 18 months after the original grade was recorded cannot be approved.

A Grade Change Petition submitted within the time specified will be considered by the instructor of the course. This process is described in Part I C of the Administrative Procedure.

When the Grade Change Petition is denied, the student may seek a review by an Appeal Panel; the procedure for submitting an appeal is described in Part I D of this Administrative Procedure.

The VPAA can initiate grade changes in the event of documented fraud. This process is described in Part II of this Administrative Procedure.

Part I. Grade Change Petitions and Appeals

A. Grounds for requesting or appealing for a grade change.

A student can request or appeal for a grade change only if the grade is incorrect due to mistake, fraud, bad faith, or incompetency.

**Administrative Procedure 4231    Grade Change                Page 2 of 6**

### B. Informal Grade Change Request

If a student believes that a mistake was made in computing or recording a grade, he or she may contact the instructor directly to ask the instructor to review the grade records and make the correction. A mistake in a grade can be corrected by the instructor. Occasionally, the student may prefer to ask the instructor's Dean rather than asking the instructor. However, the Dean may not change the grade in response to an informal request; only the instructor can order the grade change in response to an informal request and only if the request is made within the time limits set by this procedure.

### B.1. Making the Request

A student who believes that a grade is incorrect because of a mistake may inform the instructor of the course or the Dean who supervises the instructor. If the Dean is informed, he/she may discuss the request with the student and instructor, separately or together. The student may decline to meet with the instructor.

### B.2. Response to Request

If the instructor agrees to change the grade, he/she may file a Grade Change Order with the Admissions and Records Office, explaining the change. The Grade Change Order requires the Dean to verify that the change is permitted by college policy. The Admissions and Records Office shall change the student's grade record and preserve a copy of the Grade Change Order. If the instructor decides not to change the grade, he/she should inform the student directly.

### B.3. Time limit

The Grade Change Order, in response to an informal request for a grade change, must be submitted to the Division Office by the instructor no later than eighteen months after the last day of the term for which the grade was given.

### C. Grade Change Petition

A student may file a Grade Change Petition whether or not he/she has pursued an informal grade change request.

### C.1. Filing a Grade Change Petition

**Administrative Procedure 4231   Grade Change**          **Page 3 of 6**

A student who alleges that a grade in a course was given as a result of mistake, fraud, bad faith, or incompetency may file a Grade Change Petition with the Admissions and Records Office, using the Grade Change Petition form. The student must state the grounds for the petition and include supporting documentation. The Grade Change Petition form is available at the Admissions and Records Office.

C.2. Time Limit for Submitting a Petition

A Grade Change Petition must be received by the Admissions and Records Office no later than eighteen months after the last day of the term for which the grade was given.

C.3. Response to Filing

The Admissions and Records Office shall provide the Grade Change Petition to the instructional Dean for the division in which the course was offered.  Upon receipt, the Dean may discuss the request with the student and instructor, separately or together. The student may decline to meet with the instructor and/or the Dean. The Dean shall forward the Grade Change Petition to the instructor and direct the instructor to act on the petition. The instructor shall then review the Petition within thirty days, decide whether or not to change the grade, and provide an explanation for the action. The Dean will verify that the action is permitted by college policy. The Admissions and Records Office shall notify the student of the action and preserve a copy of the Grade Change Petition.

C.4. Special Circumstances

The procedure described here shall be used in the following circumstances:

(a) If the instructor is unavailable to respond to the Grade Change Petition within the time limit; or
(b) If, at the time the Grade Change Petition is filed, the student has filed, in accordance with District procedures, a discrimination complaint against the instructor; or
(c) If, at the time the Grade Change Petition is filed, the Dean determines that it is possible there has been gross misconduct by the instructor.

In such circumstances, the Dean, in consultation with the Vice President of Academic Affairs, shall appoint an alternate instructor to review and act upon the Petition. The alternate shall be in the discipline of the course or in a related discipline. In the event that no qualified instructor is on the faculty, the Dean, in consultation with the Vice President of Academic Affairs, shall arrange for a qualified consultant.

## D. Grade Appeal*

If the instructor's response to the Grade Change Petition is not acceptable to the student, the student may file a Grade Appeal to the Vice President of Academic Affairs.

Before filing a grade appeal, the student must have submitted a formal Grade Change Petition to the appropriate Dean. The Grade Appeal shall consist of
(a) The Grade Appeal Form stating the grounds for the appeal,
(b) Allegation of mistake, fraud, bad faith, or incompetency,
(c) A copy of the Grade Change Petition showing the instructor's decision, and
(d) Supporting documentation.
The Grade Appeal Form is available at the office of the Vice President of Academic Affairs.

### D.1. Time Limit for Submitting an Appeal

The Grade Appeal must be filed with the Vice President of Academic Affairs no later than thirty calendar days following the receipt of the instructor's response to the formal Grade Change Petition.   .

### D.2. Pre-Hearing Communication

The Vice President of Academic Affairs or a designee may meet with the student, the instructor, or other persons, to facilitate communication between the student and the instructor and to determine the factual basis for the appeal.

### D.3. Grade Appeal Panel: Composition

When a Grade Appeal is filed with the Vice President of Academic Affairs, a Grade Appeal Panel shall be appointed within thirty calendar days. The Panel shall consist of the following:
(a) An instructional Dean chosen by the Vice President of Academic Affairs or designee other than the Dean of the Division in which the disputed grade was given.
 (b) One or more instructors, chosen by the President of the Academic Senate, from the discipline of the course in which the disputed grade was given, or a related discipline; and
(c) One or more students chosen by the President of the Associated Students Organization.

The Panel shall be chaired by the Vice President of Academic Affairs or a designee; the chair shall be a non-voting member of the Panel. All matters considered by the Grade Appeal Panel shall be treated as confidential by members of the Panel.

### D.4. Grade Appeal Panel: Hearing

Within 30 calendar days of empanelment, the Grades Appeal Panel shall review the Grade Appeal, including all documents submitted by the student and other documentation it considers relevant. The Grade Appeal Panel shall conduct a hearing prior to making a determination on the outcome of the grade appeal. Both the student and the instructor shall be notified of the day and time of the hearing and invited to attend. Both the student and the instructor will be provided an opportunity to make a statement and to be asked questions. The student may be accompanied by an advisor. The advisor may be a faculty member or a student. The advisor may be present to advise the student, but may not ask or answer questions. The instructor may be accompanied by an advisor. The advisor may be a faculty member or a representative of the faculty union. The advisor may be present to advise the instructor, but may not ask or answer questions. The Grade Appeal Panel may make a recording of the hearing, which may be consulted during the Panel's deliberation.

### D.5. Grade Appeal Panel: Decision

Following its hearing, the Panel shall deliberate and make findings by majority vote. The burden of proof is on the student. The Panel may sustain or deny all, some, or none of the allegations in the Grade Appeal. The Panel may find that the disputed grade is incorrect because of mistake, fraud, bad faith, or incompetency; in such case, the Panel may determine the new grade to be assigned. The Appeal Panel shall issue its findings and recommendation to the Vice President of Academic Affairs, who shall inform the appealing student, the instructor, and the appropriate Dean. The decision of the Grade Appeal Panel is final. The Vice President of Academic Affairs will notify the instructor of the Grade Appeal Panel's recommendation. If the Panel recommends a grade change, the Vice President of Academic Affairs will direct the instructor to submit a grade change to the Admissions and Records Office. In the event that the instructor of record is unable or unwilling to process the grade change within a reasonable time, the Vice President of Academic Affairs shall form a group of faculty to issue a grade change.

### E. Expunging of changed grade

When a grade is changed in accordance with this procedure, the original incorrect grade shall be expunged from the student's record.

### Part II. Changing grades in cases of fraud

**Administrative Procedure 4231   Grade Change**          **Page 6 of 6**

A. Instructor fraud

    1. The Vice President of Academic Affairs may determine, based on evidence such as the faculty discipline process, legal findings, or other statements or documentation, that a grade was assigned by an instructor in a fraudulent manner. This determination may be made without any regard to time limit.

    2. Upon such determination, the Vice President, in consultation with the Dean supervising the course in which the grade was assigned, shall appoint an alternate instructor to assign a replacement grade. The alternate shall be in the discipline of the course or in a related discipline. In the event that no qualified instructor is on the faculty, the Dean, in consultation with the Vice President of Academic Affairs, shall arrange for a qualified consultant.

    3. In changing the grade, the alternate instructor shall consider all evidence of the student's actual performance in the course and all proper student discipline required.

    4. If the alternate instructor is unable to determine the actual performance of the student in the course, then, in consultation with the Dean, may recommend to the Vice President that the grade for the course be removed. The Vice President has the authority to remove the grade from the student's record.

    5. Following the determination that a grade was assigned in a fraudulent manner, the action to change or remove the grade shall be taken within a reasonable time.

    6. In cases of fraud, both the instructor of record and the student shall be notified of the grade change.

B. Student fraud

1. In cases where fraud by a student is alleged, the allegation may be addressed in accordance with BP 5500 and AP 5520. No time limit on the initiation of such action shall apply.

    \* All time limits are measured within the primary term.

May 21, 2012

BREAK
Exhibit
Below

```
                              E L  C A M I N O  C O L L E G E
                           U N O F F I C I A L  T R A N S C R I P T
    Njokom, Eric                      DOB: 08/24/89              June 13 2020
    0718051
```

| ECC CSU UC | CAN | COURSE | COURSE TITLE | GRADE | UNITS ATTEMPTED | UNITS COMPLETED | GRADE POINTS | GPA | FTNOTE |
|---|---|---|---|---|---|---|---|---|---|
| GE GE GE | NO. | NUMBER | | | | | | | |

```
------------------------------------- Spring Semester 2013 -------------------------------------

              ESL 52B      Inter Read/Vocab Bldg      C      4.00      4.00      8.00
              ENGL A       Writing the College Essay  P      3.00      3.00

              SEMESTER TOTAL                                 4.00      7.00      8.00      2.000
              CUMULATIVE TOTALS                              4.00      7.00      8.00      2.000
          In Good Standing


------------------------------------- Fall Semester 2013 -------------------------------------

  LA A2 1A  ENGL2  ENGL 1A   Reading and Composition    C      4.00      4.00      8.00
  N  B4 5B         CHEM 21A  Survey Gen/Organic Chem    W    ( 4.00)

              SEMESTER TOTAL        WINC:   4.00         4.00      4.00      8.00      2.000
              CUMULATIVE TOTALS     WINC:   4.00         8.00     11.00     16.00      2.000
          In Good Standing


------------------------------------- Spring Term 2014 -------------------------------------

  H  C2 3C  ENGL4  ENGL 1B   Literature/Composition     C      3.00      3.00      6.00

              SEMESTER TOTAL                              3.00      3.00      6.00      2.000
              CUMULATIVE TOTALS     WINC:   4.00        11.00     14.00     22.00      2.000
          In Good Standing


------------------------------------- Fall Semester 2014 -------------------------------------

  SC D9 4A  PSY2   PSYCH 5   General Psychology         A      3.00      3.00     12.00

              SEMESTER TOTAL                              3.00      3.00     12.00      4.000
              CUMULATIVE TOTALS     WINC:   4.00        14.00     17.00     34.00      2.429
          In Good Standing


------------------------------------- Spring Semester 2015 -------------------------------------

            SOC2   SOC 101   Introduction to Sociology  B      3.00      3.00      9.00

              SEMESTER TOTAL                              3.00      3.00      9.00      3.000
              CUMULATIVE TOTALS     WINC:   4.00        17.00     20.00     43.00      2.529
          In Good Standing
```

    Page   1 of   3

```
                        E L   C A M I N O   C O L L E G E
                        U N O F F I C I A L   T R A N S C R I P T
Njokom, Eric                      DOB: 08/24/89              June 13 2020
0718051
```

| ECC CSU UC CAN<br>GE  GE GE NO. | COURSE<br>NUMBER | COURSE TITLE | GRADE | UNITS<br>ATTEMPTED | UNITS<br>COMPLETED | GRADE<br>POINTS | GPA | FTNOTE |
|---|---|---|---|---|---|---|---|---|

```
------------------------------- Fall Semester 2015 --------------------------------------

N  B4 5B        CHEM 20    Fundamentals of Chemistry    C      5.00      5.00    10.00

                SEMESTER TOTAL                                 5.00      5.00    10.00   2.000
                CUMULATIVE TOTALS        WINC:   4.00         22.00     25.00    53.00   2.409
                In Good Standing


------------------------------- Spring Semester 2016 ------------------------------------

N  B5 5G  BIOL10 ANATOMY 32   General Human Anatomy     A      4.00      4.00    16.00

                SEMESTER TOTAL                                 4.00      4.00    16.00   4.000
                CUMULATIVE TOTALS        WINC:   4.00         26.00     29.00    69.00   2.654

------------------------------- Fall Semester 2016 --------------------------------------

N     5G  BIOL14 MICRO 33    General Microbiology       C      5.00      5.00    10.00

                SEMESTER TOTAL                                 5.00      5.00    10.00   2.000
                CUMULATIVE TOTALS        WINC:   4.00         31.00     34.00    79.00   2.548

------------------------------- Spring Semester 2017 ------------------------------------

N     5G  BIOL12 PHYSIOL 31   Human Physiology          D      4.00      4.00     4.00

                SEMESTER TOTAL                                 4.00      4.00     4.00   1.000
                CUMULATIVE TOTALS        WINC:   4.00         35.00     38.00    83.00   2.371

------------------------------- Fall Semester 2017 --------------------------------------

          NURS 48    Dosage Calculations               D      2.00      2.00     2.00

                SEMESTER TOTAL                                 2.00      2.00     2.00   1.000
                CUMULATIVE TOTALS        WINC:   4.00         37.00     40.00    85.00   2.297

------------------------------- Spring Semester 2018 ------------------------------------

          NURSING 145  Introduction to Nursing          B      2.00      2.00     6.00

                SEMESTER TOTAL                                 2.00      2.00     6.00   3.000
                CUMULATIVE TOTALS        WINC:   4.00         39.00     42.00    91.00   2.333

------------------------------- Fall Semester 2018 --------------------------------------

LB B3 2D  STAT2  MATH 150   Elemntry Statistcs W/Probablty C   4.00      4.00     8.00
M
                SEMESTER TOTAL                                 4.00      4.00     8.00   2.000
                CUMULATIVE TOTALS        WINC:   4.00         43.00     46.00    99.00   2.302


     Page   2 of   3
```

Case 2:20-cv-02017-TLN-AC     Document 1     Filed 10/08/20     Page 81 of 84

```
                              E L  C A M I N O  C O L L E G E
                              U N O F F I C I A L   T R A N S C R I P T
Njokom, Eric                        DOB: 08/24/89              June 13 2020
0718051
```

| ECC CSU UC | CAN NO. | COURSE NUMBER | COURSE TITLE | GRADE | UNITS ATTEMPTED | UNITS COMPLETED | GRADE POINTS | GPA | FTNOTE |
|------------|---------|---------------|--------------|-------|-----------------|-----------------|--------------|-----|--------|
| GE GE GE | | | | | | | | | |

```
-------------------------------------- Spring Semester 2019 --------------------------------------------
```

| ECC CSU UC | CAN NO. | COURSE NUMBER | COURSE TITLE | GRADE | UNITS ATTEMPTED | UNITS COMPLETED | GRADE POINTS | GPA |
|------------|---------|---------------|--------------|-------|-----------------|-----------------|--------------|-----|
| LB A1 1C | | COMS 100 | Public Speaking | B | 3.00 | 3.00 | 9.00 | |

```
                    SEMESTER TOTAL                              3.00      3.00      9.00     3.000
                    CUMULATIVE TOTALS       WINC:    4.00      46.00     49.00    108.00     2.348
                In Good Standing


                 *  DEGREE APPLICABLE SUMMARY  WINC:   4.00    46.00     49.00    108.00     2.348
                    TRANSFER UNIT SUMMARY     WINC:    4.00    42.00     42.00    100.00     2.381

                 *  Total Units may include CR/NC Courses
```

Page    3 of    3

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

ERIC NJOKOM

*Plaintiff(s)*

v.

Civil Action No.

EL CAMINO COLLEGE DISTRICT

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MICheal TRavis
17862 EAST 17th street
Suit 204 Tustin, Ca 92780

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ERIC NJokom
2467 Knoll St. Sacramento Ca 95815

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/06/2020

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Micheal

Travis _____ , a person of suitable age and discretion who resides there,

on *(date)* 10/06/2020, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ ___0___ for travel and $ ___0___ for services, for a total of $ ___0.00___ .


I declare under penalty of perjury that this information is true.

Date: 10/06/2020 _____

_____
*Server's signature*

Danny Hass Clerck
*Printed name and title*

1211 w 144 St Sacrament Ca 95815
*Server's address*

Additional information regarding attempted service, etc:

Hi Clerk

If I am missing Any paper please email me at eric-njokom@ elcamino.edu or Tiba.Lap100@yahoo.com. OR called me at (310)227 0088. If anything is wrong please let me know immediately. All the Breaks are to indicate that the documents are different.

Thanks

10/06/2020